B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): <br> Allen Family Foods, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN <br> (if more than one, state all): <br> 52-0997949 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN <br> (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> 126 North Shipley Street <br> Seaford, Delaware <br> ZIP CODE 19973 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> Sussex | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

| B1 (Official Form 1) (4/10) | | Page 2 |
|---|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> Allen Family Foods, Inc. | |
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location <br> Where Filed: N/A | Case Number: <br> N/A | Date Filed: |
| Location <br> Where Filed: N/A | Case Number: <br> N/A | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: <br> (see attached) | Case Number: | Date Filed: |
| District: <br> District of Delaware | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue** <br>
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property** <br>
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____ <br>
(Name of landlord that obtained judgment)

_____ <br>
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10) — Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Allen Family Foods, Inc. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney***<br><br>X /s/ *(signature)*<br>Signature of Attorney for Debtor(s)<br>Robert S. Brady (No. 2847)<br>Printed Name of Attorney for Debtor(s)<br>Young Conaway Stargatt & Taylor, LLP<br>Firm Name<br>1000 N. West St., 17th Floor<br>Wilmington, Delaware 19801<br>Address<br>(302) 571-6600<br>Telephone Number<br>06/09/2011<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ *(signature)*<br>Signature of Authorized Individual<br>Robert Turley<br>Printed Name of Authorized Individual<br>President/Chief Executive Officer<br>Title of Authorized Individual<br>6/9/2011<br>Date | Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## Addendum to Voluntary Petition

Including the debtor in this chapter 11 case, the following affiliated debtors simultaneously have filed voluntary chapter 11 petitions in this Court. Contemporaneously with the filing of these petitions, such entities filed a motion requesting that their chapter 11 cases be consolidated for procedural purposes only and jointly administered.

> Allen Family Foods, Inc.
> Allen's Hatchery, Inc.
> JCR Enterprises, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| ALLEN FAMILY FOODS, INC., *et al..*, | ) Case No. 11-____ (___) ) |
| Debtors. | ) Joint Administration Pending ) |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

Allen Family Foods, Inc., Allen's Hatchery, Inc., and JCR Enterprises, Inc., the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"),[1] each filed a voluntary petition in this Court for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. This list of creditors holding the 30 largest unsecured claims (the "Top 30 List") has been prepared on a consolidated basis, from the Debtors' books and records as of June 9, 2011. The Top 30 List was prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 30 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation (a) the failure of the Debtors to list any claim as contingent, unliquidated, disputed or subject to a setoff or (b) the listing of any claim as unsecured, does not constitute an admission by the Debtors that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization and/or amount of any claim.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Allen Family Foods, Inc. (7949), Allen's Hatchery, Inc. (8943), and JCR Enterprises, Inc. (8322). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 126 N. Shipley Street, Seaford, DE 19973.

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 1 | MOUNTAIRE FARMS INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>40 HOOSIER ST.<br>SELBYVILLE, DE 19975<br>PHONE: 302-436-8241<br>FAX: 302-436-9309 | TRADE | | $588,148.27 |
| 2 | BUNGE NORTH AMERICA | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>11720 BORMAN DR.<br>ST. LOUIS, MO 63146<br>PHONE: 314-292-2000<br>FAX: 314-292-2110 | TRADE | | $439,413.32 |
| 3 | AMICK FARMS, LLC | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>2079 BATESBURG HIGHWAY<br>BATESBURG-LEESVILLE, SC 29006<br>PHONE: 803-532-1400<br>FAX: 803-532-1492 | TRADE | | $426,321.41 |
| 4 | PEPCO ENERGY SERVICES | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>1300 N. 17TH ST., STE. 1600<br>ARLINGTON, VA 22209<br>PHONE: 703-253-1800<br>FAX: 703-253-1698 | TRADE | | $392,770.20 |
| 5 | INTERSTATE CONTAINER | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>100 GRACE STREET<br>READING, PA 19611<br>PHONE: 610-208-9300<br>FAX: 610-376-0350 | TRADE | | $330,826.39 |

---

[2] The Debtors reserve their rights to dispute the claims on this schedule on any basis.

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 6 | COBB-VANTRESS INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>4703 HIGHWAY EAST<br>SILOAM SPRINGS, AR 72761<br>PHONE: 479-524-3166<br>FAX: 479-524-3043 | TRADE | | $299,012.60 |
| 7 | JBS USA, LLC | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>1770 PROMOTORY CIRCLE<br>GREELEY, CO 80634<br>PHONE: 970-506-8000<br>FAX: 970-506-8307 | TRADE | | $258,605.50 |
| 8 | AG-COM, INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>2224 OXFORD ROAD<br>NEW OXFORD, PA 17350<br>PHONE: 717-624-8249<br>FAX: | TRADE | --- | $241,672.15 |
| 9 | CENTRAL STATES ENTERPRISES, INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>300 INTERNATIONAL PARKWAY<br>HEATHROW, FL 32746<br>PHONE: 407-333-3503<br>FAX: 407-333-4487 | TRADE | | $240,348.95 |
| 10 | NOVUS INTERNATIONAL INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>20 RESEARCH PARK DRIVE<br>ST. CHARLES, MO 63304<br>PHONE: 314-576-8886<br>FAX: 314-576-2148 | TRADE | | $211,660.20 |
| 11 | PCS SALES (USA), INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>1101 SKOKIE BLVD.<br>NORTHBROOK, IL 60062<br>PHONE: 847-849-4200<br>FAX: 847-849-4695 | TRADE | | $187,606.19 |

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 12 | ARCHER DANIELS MIDLAND COMPANY | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>4666 FARIES PARKWAY<br>DECATUR, IL 62526<br>PHONE: 800-637-5843<br>FAX: 217-424-5200 | TRADE | | $186,708.19 |
| 13 | WYE MILLS GRAIN | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>14209 OLD WYE MILLS ROAD<br>P.O. BOX 128<br>WYE MILLS, MD 21679<br>PHONE: 410-673-7123<br>FAX: 410-673-2374 | TRADE | | $176,448.19 |
| 14 | PRINCE AGRI PRODUCTS | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>229 RADIO ROAD<br>QUINCY, IL 62306<br>PHONE: 217-222-8854<br>FAX: 217-222-5098 | TRADE | | $164,949.10 |
| 15 | DSM NUTRITIONAL PRODUCTS | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>45 WATERVIEW BLVD.<br>PARSIPPANY, NJ 07054-1298<br>PHONE: 800-526-0189<br>FAX: 973-257-8420 | TRADE | | $119,764.00 |
| 16 | TEKNI-PLEX INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>1150 1ST AVE., STE. 500<br>KING OF PRUSSIA, PA 19406-1334<br>PHONE: 484-690-1520<br>FAX: | TRADE | | $102,277.24 |

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 17 | TRUSTEES OF DELMARVA | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>P.O. BOX 1768<br>MILLSBORO, DE 19966<br>PHONE:<br>FAX: | TRADE | | $88,491.35 |
| 18 | TRI GAS & OIL CO., INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>3941 FEDERALSBURG HWY<br>P.O. BOX 465<br>FEDERALSBURG, MD 21632<br>PHONE: 410-754-8184<br>FAX: 410-754-9458 | TRADE | | $84,946.65 |
| 19 | PACKERS SANITATION SERVICES, INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>1010 EAST WASHINGTON ST.<br>MT. PLEASANT, IA 52641<br>PHONE: 319-385-8913<br>FAX: 319-385-7520 | TRADE | | $81,020.00 |
| 20 | BIOMUNE COMPANY | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>8906 ROSEHILL RD.<br>LENEXA, KS 66215<br>PHONE: 913-894-0230<br>FAX: 913-894-0236 | TRADE | | $77,203.29 |
| 21 | ENVIRO-ORGANIC TECHNOLOGIES, INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>2323 MARSTON RD.<br>P.O. BOX 600<br>NEW WINDSOR, MD 21776<br>PHONE: 410-635-3179<br>FAX: 410-635-3150 | TRADE | | $75,304.33 |

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 22 | BENEFITS ADMINISTRATION CORP., INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>9411 PHILADELPHIA ROAD, SUITE S<br>BALTIMORE, MD 21237<br>PHONE: 410-444-3750<br>FAX: 410-444-0035 | TRADE | | $70,507.26 |
| 23 | H.J. BAKER & BRO., INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>228 SAUGATUCK AVE.<br>WESTPORT, CT 06880-3425<br>PHONE: 203-682-9200<br>FAX: 203-227-8351 | TRADE | | $58,193.75 |
| 24 | BAIN OIL COMPANY | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>3201 SPRING GARDEN ST.<br>GREENSBORO, NC 27407<br>PHONE: 336-299-0531<br>FAX: 336-299-0534 | TRADE | | $56,073.10 |
| 25 | STAUFFER MANUFACTURING | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>361 EAST SIXTH STREET<br>RED HILL, PA 18076-1118<br>PHONE: 215-679-4446<br>FAX: 215-679-5053 | TRADE | | $55,890.26 |
| 26 | PEP-UP, INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>24987 N. DUPONT HWY,<br>GEORGETOWN, DE 19947<br>PHONE: 302-856-2555<br>FAX: 302-856-9538 | TRADE | | $55,626.31 |

| Rank | Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[2] | Amount of claim |
|---|---|---|---|---|---|
| 27 | PACMA, INC. | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>475 EAST HIGH STREET<br>P.O. BOX 206<br>PALMYRA, PA 17078<br>PHONE: 717-838-7050<br>FAX: 717-838-7062 | TRADE | | $51,341.49 |
| 28 | LBA HEALTH PLANS | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>9475 DEERECO RD., STE. 408<br>LUTHERVILLE TIMONIUM, MD 21093<br>PHONE: 410-453-6315<br>FAX: 410-453-6142 | TRADE | | $51,037.88 |
| 29 | CHR. HANSEN | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>9015 WEST MAPLE STREET<br>MILWAUKEE, WI<br>PHONE: 414-607-5700<br>FAX: 414-607-5959 | TRADE | | $46,942.47 |
| 30 | WADE R HUDSON TRUCK REPAIR | ATTN: PRESIDENT, OFFICER OR MANAGING AGENT<br>P.O. BOX 226<br>MILTON, DE 19968<br>PHONE: 302-684-4718<br>FAX: 302-684-4748 | TRADE | | $43,042.86 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALLEN FAMILY FOODS, INC., *et al..*, | ) Case No. 11-_____ (___) |
| Debtors. | ) Joint Administration Pending |

## DECLARATION CONCERNING THE DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING THE 30 LARGEST UNSECURED CLAIMS

      I, Brian G. Hildreth, Secretary/Treasurer of Allen Family Foods, Inc., Allen's Hatchery, Inc., and JCR Enterprises, Inc., the entities named as debtors in these cases, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing Consolidated List of Creditors holding the 30 Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Date: June 9, 2011

                                                    */s/ Brian G. Hildreth*
                                                    Brian G. Hildreth
                                                    Secretary/Treasurer

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## ALLEN FAMILY FOODS, INC.

(As of June 8, 2011)

I, Brian G. Hildreth, Secretary/Treasurer of Allen Family Foods, Inc., (the "Company"), hereby certify that upon motion duly made, seconded and carried, the resolutions attached hereto as Annex A were adopted by affirmative vote of a majority of the directors present at the time of the vote, at a duly convened meeting of the Board of Directors of the Company held on June 8, 2011, at which a quorum was present, in each case, in accordance with the Certificate of Incorporation and by-laws of the Company.

Dated: June 8, 2011

Brian G. Hildreth
Secretary/Treasurer

# ANNEX A

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF ALLEN FAMILY FOODS, INC.

WHEREAS, the Board of Directors (the "Board") of Allen Family Foods, Inc. (the "Company") has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the poultry industry and credit market conditions;

WHEREAS, the Board has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code ("Chapter 11");

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties, that a voluntary petition be filed by the Company under the provisions of Chapter 11;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain such relief;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to employ the law firm of Young Conaway Stargatt & Taylor, LLP as general bankruptcy counsel, to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code (the "Bankruptcy Code"), and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 proceeding, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Young Conaway Stargatt & Taylor, LLP;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to enter into that certain engagement agreement between FTI Consulting and the Company, and pursuant thereto and hereto, Keith F. Cooper be and hereby is, authorized, empowered and directed to represent the Company as its Chief Restructuring Officer in connection with any case commenced by it under the Bankruptcy Code;

RESOLVED FURTHER, that the officers of the Company be, and they hereby are, authorized and directed to employ BMO Capital Markets as investment banker, with regard to the Chapter 11 proceeding, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of BMO Capital Markets;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to enter into the Asset Purchase Agreement by and between Seaford Poultry, Inc., as purchaser, and Allen's Hatchery, Inc., Allen Family Foods, Inc., and JCR Enterprises, Inc., as sellers (the "APA") and each of the ancillary documents to be entered into in connection therewith (the "Transaction Documents"), and to enter into the transactions and obligations contemplated by the APA and the Transaction Documents, subject to court approval in the Company's Chapter 11 case;

RESOLVED FURTHER that the officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and the Board of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| ALLEN FAMILY FOODS, INC., *et al.*,[1] | ) Case No. 11-_____ (___) |
| | ) |
| Debtors. | ) Joint Administration Pending |
| | ) |

**STATEMENT PURSUANT TO RULES 1007(A)(1) AND 7007.1 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Allen Family Foods, Inc. (the "<u>Debtor</u>") states that no corporation directly or indirectly owns 10% or more of the equity interests of the Debtor.

Date: June 9, 2011

/s/ *Brian G. Hildreth*
Brian G. Hildreth
Secretary/Treasurer