UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Allen Family Foods, Inc., et al. | : | Case No. 11-11764 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Amick Farms, LLC**, Attn: Marcus Miller, 2079 Batesburg Highway, Batesburg SC 29006, Phone: 803-532-1400, Fax: 803-332-1705

2. **Interstate Corrpack LLC dba Interstate Container**, Attn: Pete Bugas, 903 Woods Road, Cambridge MD 21613, Phone: 410-221-7777, Fax: 410-221-7766

3. **Novus International Inc.**, Attn: Gerald Sahd, 20 Research Park Drive, St. Cloud MO 63304, Phone: 636-926-7415, Fax: 314-576-6041

4. **Archer Daniel Midland Company**, Attn: Larry Bostick, 4666 Faries Parkway, PO Box 1470 Decatur IL 62526, Phone: 217-424-5200, Fax: 217-424-6187

5. **Wye Mills Grain**, Attn: Mike Mihavetz, PO Box 340, Preston MO 21655, Phone: 410-673-7123, Fax: 410-673-2374

6. **Tri-Gas & Oil Co. Inc.**, Attn: Keith McMahan, 3941 Federalburg Highway, PO Box 465, Federalsburg MD 21632 Phone: 410-754-2000, Fax: 410-754-1015

7. **Enviro-Organic Technologies Inc.**, Attn: Phil Snader, 2323 Marston Road, PO Box 600, New Windsor MD 21776, Phone: 410-635-3170, Fax: 410-645-4150


ROBERTA A. DEANGELIS
United States Trustee, Region 3


/s/ David M. Klauder, for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: June 17, 2011

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert S. Brady, Phone: (302) 571-6600, Fax: (302) 571-1253