UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>ALLEN FAMILY FOODS, INC., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-11764 (KJC)<br><br>Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") files this Notice of Appearance and Request for Notices and Papers pursuant to Section 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these bankruptcy cases be given and served upon counsel as follows:

> Jeffrey D. Prol
> Bruce D. Buechler
> Suzanne Iazzetta
> Lowenstein Sandler PC
> 65 Livingston Avenue
> Roseland, New Jersey 07068
> Telephone: (973) 597-2500
> Facsimile: (973) 597-2400
> E-mail: jprol@lowenstein.com
> E-mail: bbuechler@lowenstein.com
> E-mail: siazzetta@lowenstein.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Allen Family Foods, Inc. (7949), Allen's Hatchery, Inc. (8943), and JCR Enterprises, Inc. (8322). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 126 N. Shipley Street, Seaford, DE 19973.

WCSR 4649744v2

> Bruce Nathan
> Lowenstein Sandler PC
> 1251 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 262-6700
> Facsimile: (973) 422-6851
> E-mail: bnathan@lowenstein.com
>
> Francis A. Monaco, Jr. (DE Bar No. 2078)
> Steven K. Kortanek (DE Bar No. 3106)
> Thomas M. Horan (DE Bar No. 4641)
> 222 Delaware Avenue, Ste. 1501
> Wilmington, DE 19801
> Telephone: (302) 252-4320
> Facsimile: (302) 252-4330
> E-mail: fmonaco@wcsr.com
> E-mail: skortanek@wcsr.com
> E-mail: thoran@wcsr.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of the Committee (i) to have final orders in non-core matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  June 20, 2011

      **WOMBLE CARLYLE SANDRIDGE**
         **& RICE, PLLC**

      */s/Thomas M. Horan*
      Francis A. Monaco, Jr. (DE Bar No. 2078)
      Steven K. Kortanek (DE Bar No. 3106)
      Thomas M. Horan (DE Bar No. 4641)
      222 Delaware Avenue, Ste. 1501
      Wilmington, DE  19801
      Telephone:  (302) 252-4320
      Facsimile:  (302) 252-4330
      E-mail:  fmonaco@wcsr.com
      E-mail:  skortanek@wcsr.com
      E-mail:  thoran@wcsr.com

      -and-

      Jeffrey D. Prol
      Bruce D. Buechler
      Suzanne Iazzetta
      Lowenstein Sandler PC
      65 Livingston Avenue
      Roseland, New Jersey  07068
      Telephone:  (973) 597-2500
      Facsimile: (973) 597-2400
      E-mail:  jprol@lowenstein.com
      E-mail:  bbuechler@lowenstein.com
      E-mail:  siazzetta@lowenstein.com

      Bruce Nathan
      Lowenstein Sandler PC
      1251 Avenue of the Americas
      New York, NY 10020
      Telephone:  (212) 262-6700
      Facsimile:  (973) 422-6851
      E-mail:  bnathan@lowenstein.com

      *Proposed Counsel for the Official Committee*
      *of Unsecured Creditors*