IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLEN FAMILY FOODS, INC., et al.,[1] | Case No. 11-11764 (KJC) |
| Debtors. | Jointly Administered |

## LIST OF EQUITY HOLDERS FOR ALLEN FAMILY FOODS, INC.

I, Brian G. Hildreth, Secretary/Treasurer of Allen Family Foods, Inc., declare under penalty of perjury that I have read the List attached hereto as Exhibit "A" and that it is true and correct to the best of my knowledge, information and belief.

Dated: June 22, 2011  
      Seaford, Delaware

            /s/ Brian G. Hildreth  
Brian G. Hildreth  
Secretary/Treasurer  
Allen's Hatchery, Inc..  
126 N. Shipley Street  
Seaford, DE 19973

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Allen Family Foods, Inc. (7949), Allen's Hatchery, Inc. (8943), and JCR Enterprises, Inc. (8322). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 126 N. Shipley Street, Seaford, DE 19973.

| Equity Holder | Address | Percentage Interest |
|---|---|---|
| CCA III & WLA JR U/V/T/A dated Dec 1. 2008 (fbo Charles C. Allen III) | 55 Rivers End, Seaford, DE 19973 | 33.3333% |
| John R. Allen Jr. Marital Trust | 227 N. Nylon Blvd., Seaford, DE 19973 | 33.3333% |
| CCA III & WLA JR U/V/T/A dated Dec 1. 2008 (fbo Warren L. Allen Jr.) | 126 N Shipley Street, Seaford, DE 19973 | 33.3333% |