# SIGN-IN-SHEET

**CASE NAME:** Allen Family Foods Inc.
**CASE NO.** 11-11764-KJC
**COURTROOM LOCATION:** 5
**DATE:** June 24, 2011

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bruce Buechler | Lowenstein Sandler | Creditors' Committee |
| Chris Samis | Richards, Layton + Finger | Seaford Milling |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Steve Koshade | Womble Carlyle | Committee |
| Sean Greecher | Young Conaway | Debtor |
| Andrew Magaziner | " | " |
| William Taylor | McCarter + English | M+T Bank |
| Joseph J Bodnar | Law Offices of Joseph J Bodnar | MidAtlantic Farm Credit |
| J.E. (Rick) Mendoza, Jr. | Nexsen Pruet, LLC | MdAtlantic Farm Credit |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 06/24/2011
Calendar Time: 10:00 AM ET

*1st Revision 06/24/2011 06:04 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Allen Family Foods, Inc. | 11-11764 | Hearing | 4303481 | Craig Lair | (501) 372-6524 | Mountaire Corporation | Creditor, Mountaire Corporation / LIVE |