## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLEN FAMILY FOODS INC., *et al*.,[1] | Case No. 11-11764 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON JUNE 30, 2011 AT 1:30 P.M. (ET)

**CONTESTED MATTERS GOING FORWARD:**

1. Emergency Motion for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code (I) (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Adequate Protection to the Prepetition Secured Lenders, (D) Granting Security Interests and Superpriority Administrative Expense Status to the DIP Lender, and (E) Authorizing the Guarantor to Guarantee Post-Petition Financing Obligations; (II) Scheduling a Final Hearing; and (II) Granting Related Relief [Docket No. 15, 6/9/11]

    Objection/Response Deadline: June 17, 2011 at 4:00 p.m. (ET) ) (extension to June 21, 2011 at 11:59 p.m. for the Official Committee of Unsecured Creditors)

    Related Pleadings:

    a) Interim Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code (I) (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Adequate Protection to the Prepetition Secured Lenders, (D) Granting Security Interests and Superpriority Administrative Expense Status to the DIP Lender, and (E) Authorizing the Guarantor to Guarantee Post-Petition Financing Obligations; (II) Scheduling a Final Hearing; and (II) Granting Related Relief [Docket No. 22, 6/10/11]

    b) Notice of Entry of Interim Order and Final Hearing [Docket No. 38, 6/10/11]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Allen Family Foods Inc. (7949), Allen's Hatchery Inc. (8943), and JCR Enterprises Inc. (8322). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 126 N. Shipley Street, Seaford, DE 19973.

c)  Second Interim Order Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code (I) (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Adequate Protection to the Prepetition Secured Lenders, (D) Granting Security Interests and Superpriority Administrative Expense Status to the DIP Lender, and (E) Authorizing the Guarantor to Guarantee Post-Petition Financing Obligations; (II) Scheduling a Final Hearing; and (II) Granting Related Relief [Docket No. 84, 6/24/11]

Objections/Responses Received:

d)  Objection to Debtors' Emergency Motion for Interim and Final Orders Pursuant to Sections 105, 361, 362, 363 and 364 of the Bankruptcy Code (I) (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Adequate Protection to the Prepetition Secured Lenders, (D) Granting Security Interests and Superpriority Administrative Expense Status to the DIP Lender, and (E) Authorizing the Guarantor to Guarantee Post-Petition Financing Obligations; (II) Scheduling a Final Hearing; and (III) Granting Related Relief [Docket No. 89, 6/28/11]

Status: This matter is going forward.

Dated: Wilmington, Delaware
June 28, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Andrew L. Magaziner (No. 5426)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Proposed Counsel for the Debtors and Debtors-in-Possession*

2