# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLEN FAMILY FOODS, INC., *et al.*,[1] | Case No. 11-11764 (KJC) |
| Debtors. | Jointly Administered |
| | Auction: July 25, 2011 at 10:00 a.m. (ET)<br>Objection Deadline for Sale Motion: July 20, 2011 at 4:00 p.m. (ET)<br>Hearing Date for Sale Motion: July 27, 2011 at 11:00 a.m. (ET) |

## NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On June 10, 2011, the Debtors filed a motion (the "Motion")[2] for entry of orders, among other things: (i) approving Bidding Procedures (the "Bidding Procedures") in connection with the sale of substantially all of the Debtors' assets (the "Available Assets"); (ii) scheduling a hearing (the "Sale Hearing") to consider the sale of the Available Assets and setting objection and bidding deadlines with respect to the sale; (iii) approving the form and manner of notice of the Auction on the Available Assets and the Sale Hearing; (iv) establishing deadlines by which parties may object to the proposed assumption, assignment and/or transfer of contracts and leases and assert claims for any cure amount; (v) approving a break-up fee and expense reimbursement with respect to the sale of a portion of the Available Assets pursuant to the terms of an Asset Purchase Agreement by and between Seaford Milling Company ("Seaford") and the Debtors (the "APA"); and (vi) granting related relief. The Motion additionally requests entry of an order or orders: (i) authorizing the sale of the Available Assets free and clear of liens, claims, encumbrances, and interests, pursuant to the APA and/or another or further Successful Bidder; (ii) approving the assumption, assignment and/or transfer of the designated Executory Contracts and Unexpired Leases; and (iii) granting related relief.

2. The APA contemplates the sale of a portion of the properties owned by the Debtors and used in their business (identified as the "Target Assets"), but does not contemplate the sale of certain other valuable assets of the Debtors, such as 24 broiler growout farms (the "Growout Farms"), and approximately 3,437 acres of farm land (the "Farm Land"); the Debtors' accounts receivables; prepaid expenses; life insurance policies and cash surrender value; and unamortized loan costs (collectively, the "Excluded Assets"). Parties are encouraged to submit bids for the purchase of some or all of the Target Assets, some or all of the Excluded Assets, or all of the Available Assets.

3. The Debtors are seeking to sell the Available Assets to Seaford or such other Successful Bidder. Approval of the sale of assets to either Seaford or such other Successful Bidder may result in, among other things, the assumption, assignment and/or transfer by the Debtors of certain executory contracts and leases. If you are a party to an executory contract or lease with the Debtors, you will receive a separate notice that contains relevant dates and other information that may impact you as a party to an executory contract or lease.

4. On June 24, 2011, the United States Bankruptcy Court for the District of Delaware entered the Bidding Procedures Order. Pursuant to the Bidding Procedures Order, if the Debtors receive any Qualified Bids (as defined in the Bidding Procedures), the auction for the Available Assets shall take place on **July 25, 2011, at 10:00 a.m. (prevailing Eastern Time)** at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801. Only parties that have submitted a Qualified Bid in accordance with the Bidding Procedures, attached to the Bidding Procedures Order as Schedule 1, by no later than **July 20, 2011 at**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Allen Family Foods, Inc. (7949), Allen's Hatchery, Inc. (8943), and JCR Enterprises, Inc. (8322). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 126 N. Shipley Street, Seaford, DE 19973.

[2] Unless otherwise defined herein, capitalized terms have the meanings given to them in the Motion.

**12:00 noon (prevailing Eastern Time)** (the "Bid Deadline") may participate at the respective auction. Any party that wishes to take part in this process and submit a bid for the Available Assets must submit their competing bid prior to the Bid Deadline and in accordance with the Bidding Procedures.

5. The Sale Hearing to consider approval of the Sale of the Available Assets to the Successful Bidder(s) free and clear of all liens, claims, and encumbrances will be held before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, 824 North Market Street, Wilmington, Delaware 19801 on **July 27, 2011 at 11:00 a.m. (prevailing Eastern Time)**, or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

6. Objections, if any, to the Sale, or the relief requested in the Motion (other than with respect to cure amounts and adequate assurance which are subject to a separate notice) must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **4:00 p.m. (prevailing Eastern Time) on July 20, 2011**, or such later date and time as the Debtors may agree; and (d) be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899-0391 (Attn: Robert S. Brady, Esq.), proposed counsel to the Debtors; (ii) Allen Family Foods, Inc., 126 N. Shipley Street, Seaford, DE 19973 (Attn: Robert Turley); (iii) Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, NJ 07068 (Attn: Bruce Buechler, Esq.); and (iv) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, DE 19801 (Attn: David Klauder, Esq.). UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER HEARING AND NOTICE.

7. This Notice and the Sale Hearing is subject to the fuller terms and conditions of the Motion, the Bidding Procedures Order, and the Bidding Procedures, which shall control in the event of any conflict and the Debtors encourage parties-in-interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Purchased Assets or to obtain a copy of any related document (including the APA), subject to any necessary confidentiality agreement, may make a written request to: (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn: Robert S. Brady, Esq.), proposed counsel to the Debtors; or (ii) BMO Capital Markets, 115 S. LaSalle Street, Fl 35W, Chicago, Illinois 60603 (Attn: Christopher Eger), investment bankers to the Debtors. In addition, copies of the Motion, the Bidding Procedures Order and this Notice can be found on (a) the Court's website, www.deb.uscourts.gov; and (b) http://www.epiqsystems.com/Chapter11.aspx, and are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
June 29, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Andrew L. Magaziner (No. 5426)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Proposed Counsel for the Debtors and Debtors-in-Possession*