# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLEN FAMILY FOODS, INC., *et al*., [1] | Case Nos. 11-11764 (KJC) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF HOWARD L. KONICOV IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO RETAIN J. H. COHN LLP AS ITS FINANCIAL ADVISORS <u>*NUNC PRO TUNC*</u> TO JUNE 17, 2011**

STATE OF NEW JERSEY )
                             ) SS.:
COUNTY OF MIDDLESEX )

       HOWARD L. KONICOV, being duly sworn, declares as follows:

    1.    I am a partner of J.H. Cohn LLP ("<u>JHC</u>"), an accounting and financial consulting firm having expertise in turnaround and bankruptcy issues. JHC maintains offices at 4 Becker Farm Road, Roseland, New Jersey 07068, and 333 Thornall Street, Edison, New Jersey 08837. I submit this affidavit in support of the application (the "<u>Application</u>") of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of ALLEN FAMILY FOODS, INC., *et al.* (collectively, the "<u>Debtors</u>"), for an order authorizing retention of JHC as financial advisors to the Committee, effective as of June 17, 2011. I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Allen Family Foods, Inc. (7949), Allen's Hatchery, Inc. (8943), and JCR Enterprises, Inc. (8322). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 126 N. Shipley Street, Seaford, DE 19973.

2. Founded in 1919, JHC is an accounting and consulting firm with expertise in financial restructuring. One of JHC's specialties is providing financial advisory services in bankruptcy and insolvency matters.

3. JHC's professionals have extensive experience working with financially troubled companies in complex financial restructurings both in and out of Chapter 11. JHC's professionals have advised debtors, creditors' committees, creditors and equity holders in numerous Chapter 11 cases.

4. In connection with the preparation of this Affidavit, JHC has conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to JHC. A listing of the parties reviewed is reflected on <u>Exhibit 1</u> to this Affidavit. JHC's review was completed under my supervision and consisted of a query of the <u>Exhibit 1</u> parties within an internal computer database containing the names of individuals and entities that are present and recent former clients of JHC. A summary of such relationships that JHC identified during this process is set forth on <u>Exhibit 2</u> to this Affidavit.

5. Insofar as I have been able to ascertain through diligent inquiry, except as set forth on <u>Exhibit 2</u>, neither I, JHC, nor any partner or professional employee of JHC have any connection with the Debtors, their creditors, any other party-in-interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the office of the United States Trustee, nor do we hold or represent any entity having an adverse interest in connection with the Debtors' Chapter 11 case.

6. Neither I, JHC nor any professional employee of JHC is related professionally to the Debtors, their creditors or any other party in interest herein or their respective attorneys in the matters for which JHC is proposed to be retained.

7. JHC has in the past worked with, continues to work with, and has mutual clients with certain law firms who may represent parties-in-interest in the case. None of these engagements or relationships relate to this case.

8. JHC has had, may currently have, and may in the future have commercial or professional relationships directly or indirectly with customers, competitors, and creditors of the Debtors. As described above, however, JHC has undertaken a detailed search to determine, and to disclose, whether it is performing or has performed services for the thirty largest unsecured creditors, equity security holders, or insiders in matters related to this case.

9. Despite the efforts described above to identify and disclose JHC's connections with parties-in-interest in this case, because the Debtors have numerous creditors and other relationships, JHC is unable to state with certainty that every client representation or other connection has been disclosed. If JHC discovers additional information that requires disclosure, JHC will file supplemental disclosures with the Court as promptly as possible.

10. To the best of my knowledge, JHC has not been retained to assist any entity or person other than the Committee on matters relating to, or in connection with, this case. If this Court approves the proposed employment of JHC as financial advisor to the Committee, JHC will not accept any engagement or perform any services in this case for any entity or person other than the Committee. JHC may, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors

of the Debtors or parties-in-interest in this case; provided, however, that such services do not and will not relate to, or have any direct connection with, this case.

11. I am not related or connected to and, to the best of my knowledge, no other professional of JHC is related or connected to any United States Bankruptcy Judge or District Judge for the District of Delaware, the United States Trustee, or any employee in the office thereof.

12. To the best of my knowledge, information and belief, JHC does not have or represent any interest materially adverse to the interest of the Debtors, or of any class of creditors or equity security holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors. To the extent that any information disclosed herein requires amendment or modification upon JHC's completion of further analysis, or as additional information becomes available to it, a supplemental affidavit will be submitted to the Court.

## SERVICES TO BE PROVIDED

13. The Committee has advised JHC that it desires to retain JHC to provide such professional services as JHC and the Committee find mutually agreeable and which may include:

   a) Review reasonableness of the DIP facility terms including the likelihood that Debtors will be able to comply with the terms of the order.

   b) Review DIP facility as to whether sufficient liquidity is available.

   c) Analyze and review key motions to identify strategic case issues.

   d) Gain an understanding of Debtors' corporate structure, including non-debtor entities.

   e) Perform a preliminary assessment of the Debtors' proposed budget.

f) Establish reporting procedures that will allow for the monitoring of the Debtors' post-petition operations.

g) Develop and evaluate alternative sale and restructuring strategies.

h) Gain an understanding of Debtors' accounting systems.

i) Scrutinize proposed sale transactions, including the assumption and/or rejection of executory contracts.

j) Review the reasonableness of any proposed KERP.

k) Identify, analyze and investigate transactions with non-Debtor entities and other related parties.

l) Monitor Debtors' weekly operating results, availability and borrowing base certificates (if applicable)

m) Monitor the sales process and supplement the list of potential buyers.

n) Analyze Debtors' budget-to-actual results on an ongoing basis for reasonableness and cost control.

o) Communicate findings to the Committee.

p) Identify and quantify any recoverable assets which are not in the Debtors' estate.

q) Investigate and analyze all potential avoidance action claims.

r) Assist the Committee in negotiating the key terms of a Plan of Reorganization/Liquidation.

s) Review and analyze proposed Plan of Reorganization/Liquidation and Disclosure Statement.

t) Prepare/update dividend analysis;

u) Render such assistance as the Committee and its counsel may deem necessary.

## COMPENSATION OF PROFESSIONALS

14. JHC's billing rates for the accounting and financial advisory services of the nature to be rendered to the Committee are as follows:

| | |
|---|---|
| Partners/Senior Partners | $550 - $720/hr. |
| Director/Senior Manager/Mgr. | $460 - $550/hr. |
| Other Professional Staff | $185 - $360/hr. |
| Paraprofessional | $155 - $175/hr. |

In the normal course of business, JHC revises its hourly rates on February 1 of each year. In addition, JHC will seek reimbursement for out-of-pocket expenses incurred in connection with its services in this case.

15. The Committee and JHC understand that any compensation or reimbursement of expenses paid to JHC must be approved by this Court upon application consistent with the Bankruptcy Code, applicable Bankruptcy Rules or further Order of this Court.

16. Because of a number of emergent matters pending in this case, the Committee requested JHC to immediately begin work on certain of the items set forth in paragraph 13 above. It is therefore respectfully requested that JHC's retention be approved effective as of June 17, 2011.

17. JHC has not shared or agreed to share any of its compensation with any other person, other than a principal, professional or employee of JHC, as permitted by Section 504 of the Bankruptcy Code. The proposed engagement of JHC is not prohibited by Bankruptcy Rule 5002.

                                                     */s/ Howard L. Konicov*
                                                   HOWARD L. KONICOV

Sworn and subscribed to
before me this 30<u>th</u> day
of June, 2011

*/s/ Rosellen Martoken*
_____
Notary Public of the State of New Jersey
My Commission Expires October 21, 2013

# EXHIBIT 1

## LISTING OF PARTIES IN INTEREST REVIEWED

**Companies**
Allen Family Foods, Inc.
Allen's Hatchery, Inc.
    JCR Enterprise, Inc.

**Directors**
Lisa Hastings
Charles C. Allen III
Warren L. Allen, Jr.
Susan Allen

**Executive Officers**
Robert A. Turley
Warren L. Allen, Jr.
Brian G. Hildreth

**Lenders**
MidAtlantic Farm Credit
Wilmington Trust Company
CoBank
AgFirst Farm Credit
M&T Bank

**Top 30 Creditors**
Mountaire Farms Inc.
Bunge North America
Amick Farms, LLC
Pepco Energy Services
Interstate Container
Cobb-Vantress Inc.
JBS USA, LLC
Ag-Com, Inc.
Central States Enterprises, Inc.
Novus International Inc.
PCS Sales (USA), Inc.
Archer Daniels Midland Company
Wye Mills Grain
Prince Agri Products
DSM Nutritional Products
Tekni-Plex Inc.
Trustees of Delmarva
Tri Gas & Oil Co., Inc.
Packers Sanitation Services, Inc.
Biomune Company
Enviro-Organic Technologies, Inc.
Benefits Administration Corp., Inc.
H.J. Baker & Bro., Inc.
Bain Oil Company
Stauffer Manufacturing
Pep-Up, Inc.
Pacma, Inc.
LBA Health Plans
Chr. Hansen
Wade R Hudson Truck Repair

**Utility Companies**
City of Seaford
Comcast
Delmarva Power
Pepco Energy Services
Chesapeake Utilities
REIT Lubricants
Sharp Energy
Tri Gas & Oil
Sprint
Verizon – DE
Verizon – MD
Mayor & Council Hurlock
Choptank Electric
Delaware Electric
Progress Energy
Piedmont Natural Gas
Washington Gas Energy
Euliss Oil Company
Green's Fuel Gas Co.
Mroh's Gas Inc.
Sharp Gas/Tri-County Gas
Southern States
Suburban Propane
Tri Gas & Oil Co., Inc.
Tri Gas Propane Inc.
United Propane
Atcom Business Telecom
Delmarva Tele Plus Inc.
Randolph Telephone
Enviro-Organic Tech., Inc.
Evirocorp, Inc.
Sharp Water
Town of Liberty
William E. Street, Inc.

**Insurance Companies**
Federal Insurance Company / Chubb
Liberty Mutual Insurance
National Union Fire
Continental Casualty
The Chubb group
Evanston Insurance Co.
PMA
Lloyds London
Zurich American

**Financial Institutions**
MidAtlantic Farm Credit
Wilmington Trust Company
CoBank
AgFirst Farm Credit

**Counsel**
Young Conaway Stargatt & Taylor,

**Other Professionals**
BMO Capital Markets

**Bankruptcy Judge(s)**
The Honorable Kevin J. Carey
The Honorable Brendan L. Shannon

**Office of the United States Trustee - Region 3 (Wilmington DE office)**
Roberta DeAngelis
David Buchbinder
Mark Kenney
David Klauder
Jane Leamy
Juliet Sarkessian
Richard Schepacarter
Thomas Patrick Tinker

# EXHIBIT 2

## PARTIES NOTED FOR COURT DISCLOSURE

**Top 30 Creditors**

Novus International Inc.

**Financial Institutions**

Wilmington Trust Company

**Utility Companies**

Suburban Propane

**Insurance Companies**

PMA