**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALLEN FAMILY FOODS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-11764 (KJC)<br><br>Jointly Administered<br><br>**Docket Ref. No. 94** |

**NOTICE OF FILING OF AMENDED EXHIBIT 2 TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO RETAIN, EMPLOY AND COMPENSATE CERTAIN PROFESSIONALS UTILIZED <u>IN THE ORDINARY COURSE OF BUSINESS</u>**

PLEASE TAKE NOTICE that Allen Family Foods, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (each a "<u>Debtor</u>," and collectively, the "<u>Debtors</u>") hereby submit the attached amended Exhibit 2 (the "<u>Exhibit</u>") to their previously filed *Debtors' Motion for an Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business* (the "<u>Motion</u>") [Docket No. 94]. Pursuant to paragraph 8 of the Motion, the Debtors reserved their right to supplement the list of ordinary course professionals set forth on the Exhibit attached thereto, and, accordingly, have amended the Exhibit to include four additional ordinary course professionals.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Allen Family Foods, Inc. (7949), Allen's Hatchery, Inc. (8943), and JCR Enterprises, Inc. (8322). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 126 N. Shipley Street, Seaford, DE 19973.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>July 6, 2011 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>      */s/ Andrew L. Magaziner*<br>Robert S. Brady (No. 2847)<br>Sean T. Greecher (No. 4484)<br>Andrew L. Magaziner (No. 5426)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Proposed Counsel for the Debtors and Debtors-in-Possession* |

# Exhibit 1

## Amended Ordinary Course Professionals List

(Exhibit 2 to *Debtors' Motion for an Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business*)

| Ordinary Course Professional | Service Provided |
|---|---|
| **Linowes and Blocher LLP** | **Environmental legal services** |
| **Faw, Casson & Co., LLP** | **Tax and audit services** |
| **Shawe & Rosenthal, LLP** | **Labor and employment legal services** |
| **Morris James LLP** | **General legal services** |
| **BP Environmental, Inc.** | **Environmental consultant** |
| **Deloitte Consulting LLP** | **SAP consultant** |
| **Heckler & Frabizzio** | **Employment legal services** |
| **Elzufon Austin Reardon Tarlov & Mondell, P.A.** | **Employment legal services** |
| **Cuni, Rust & Strenk** | **Actuarial consulting services** |
| **Franklin & Prokopik** | **Employment legal services** |