IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLEN FAMILY FOODS, INC., et al.,[1] | Case No. 11-11764 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

Brenda S. Walters, being duly affirmed according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed counsel for the debtors and debtors-in-possession in the above-captioned cases, and that on the 28th day of June, 2011, she caused copies of the following pleading(s) to be served, in the manner indicated, to those parties on the attached service list:

- **DEBTORS' MOTION FOR AN ORDER ESTABLISHING PROCEDURES FOR THE SALE OF DE MINIMIS ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO SECTIONS 105, 363, AND 554 OF THE BANKRUPTCY CODE [Docket No. 93]**

- **DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO RETAIN, EMPLOY AND COMPENSATE CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS [Docket No. 94]**

- **DEBTORS' MOTION FOR ENTRY OF AN ORDER AMENDING THE ORDER AUTHORIZING PAYMENT OF PREPETITION CLAIMS OF SHIPPERS, WAREHOUSEMEN AND OTHER LIEN CLAIMANTS AND GRANTING RELATED RELIEF [Docket No. 95]**

- **MOTION FOR ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [Docket No. 96]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Allen Family Foods, Inc. (7949), Allen's Hatchery, Inc. (8943), and JCR Enterprises, Inc. (8322). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 126 N. Shipley Street, Seaford, DE 19973.

- APPLICATION FOR AN ORDER PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY YOUNG CONAWAY STARGATT & TAYLOR, LLP AS ATTORNEYS FOR THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE [Docket No. 97]

- DEBTORS' APPLICATION FOR ORDER PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE AUTHORIZING THE RETENTION AND EMPLOYMENT OF BMO CAPITAL MARKETS CORP. AS INVESTMENT BANKER *NUNC PRO TUNC* TO THE PETITION DATE [Docket No. 97] [Docket No. 99]

- DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE (I) AUTHORIZING THE RETENTION OF FTI CONSULTING, INC. AS THE DEBTORS' CHIEF RESTRUCTURING OFFICER, *NUNC PRO TUNC* TO THE PETITION DATE AND (II) APPROVING THE ENGAGEMENT AGREEMENT BETWEEN THE DEBTORS AND KEITH F. COOPER AND FTI CONSULTING, INC. [Docket No. 100]

_____
Brenda S. Walters

AFFIRMED TO AND SUBSCRIBED before me this ___ day July, 2011.

_____
Notary Public

DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 21, 2012

SERVICE LIST
Allen Family Foods
6/28/11

Joseph R. Biden, III, Esq.
Attorney General for the State of Delaware
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
*Hand Delivery*

Joseph J. Bodnar, Esq.
Law Offices of Joseph J. Bodnar
2101 North Harrison Street
P.O. Box 1022
Wilmington, DE 19899-1022
MidAtlantic Farm Credit, ACA
*First Class Mail*

Corey Smith Bott, Esq.
Meghan Ritson Market, Esq.
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
(Truck Drivers and Helpers Local Union No. 355
Health and Welfare Fund)
*First Class Mail*

Kimberly L. Bradley, Esq.
Brian G. Esders, Esq.
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
(Delmarva UFCW Health and Welfare Fund)
*First Class Mail*

Esq. Lori A. Butler
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005
*First Class Mail*

Ronald M. Cameron
Chief Executive Officer
Seaford Poultry, Inc.
P.O. Box 21440
Little Rock, AR 72221
*First Class Mail*

R. John Clark, Esq.
Hancock Estarbrook, LLP
1500 AXA Tower I, 100 Madison Street
Syracuse, NY 13202
(Aries Chemical, Inc.)
*First Class Mail*

Keith Cooper
FTI Consulting
1201 W. Peachtree Street, NW, Suite 500
Atlanta, GA 30309
*First Class Mail*

Delaware Division of Revenue
Attn: Randy R. Weller, MS NO 25
820 French Street, 8th Floor
Wilmington, DE 19801
*Hand Delivery*

Department of Labor
Attn: Division of Unemployment Insurance
4425 N. Market Street
Wilmington, DE 19802
*First Class Mail*

# SERVICE LIST
## Allen Family Foods

William R. Firth, III, Esq.
Offit Kurman, P.A.
1000 North West Street, Suite 1200
Wilmington, DE 19801
(Pepco Energy Services, Inc.)
*Hand Delivery*

Brian Hildreth
Secretary/Treasurer
Allen Family Foods
55 River's End Drive
Seaford, DE 19973
(Debtors)
*First Class Mail*

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Rebecca A. Leigh, Esq.
Law Offices of Rebecca A. Leigh, P.C.
301 S. Greene Street, Suite 201
Greensboro, NC 27401
(Bain Oil Company, Inc.)
*First Class Mail*

Maine Revenue Services
Attn: Compliance Division
P.O. Box 1060
Augusta, ME 04332
*First Class Mail*

Jeffrey C. Hampton, Esq
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
U.S. Foodservice, Inc
*First Class Mail*

Internal Revenue Service
Insolvency Section
2970 Market Street
PO Box 7346
Philadelphia, PA 19101
*First Class Mail*

Craig S. Lair
Chief Legal Counsel
Seaford Poultry, Inc.
P.O. Box 21440
Little Rock, AR 72221
*First Class Mail*

Donald K. Ludman, Esq.
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(SAP America, Inc.)
*First Class Mail*

Manufacturers and Traders Trust Company
Attn: Legal Department
1 M and T Plaza
Buffalo, NY 14203
*First Class Mail*

# SERVICE LIST
## Allen Family Foods

Richard E. Mendoza, Jr., Esq.
Nexsen Pruet, LLC
1230 Main Street, Suite 700
P.O. Drawer 2426
Columbia, SC 29202
(MidAtlantic Farm Credit, ACA)
*First Class Mail*

Michael B. Mukasey, Esq
Commercial Litigation Branch
Department of Justice- U. S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
*First Class Mail*

New Jersey Department of Treasury
Division of Taxation
50 Barrack Street
P.O. Box 248
Trenton, NJ 08646
*First Class Mail*

North Carolina Dept. of Revenue
Sales & Use Tax Division
Attn: President, Officer or Managing Agent
P.O. Box 25000
Raleigh, NC 27640
*First Class Mail*

Partick J. Schurr, Esq
Scheef & Stone, LLP
2601 Newtork Blvd.
Suite 102
Frisco, TX 75034
(Alchemy Systems, L.P.)
*First Class Mail*

Francis A. Monaco, Jr., Esq.
Steven K. Kortanek, Esq.
Thomas M. Horan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
P.O. Box 2031
Wilmington, DE 19899-2031
Official Committee of Unsecured Creditors
*Hand Delivery*

Bruce S. Nathan, Esq.
Lowenstein Sandler, P.C.
1251 Avenue of the Americas, Ste. 18L
New York, NY 10020
(Official Committee of Unsecured Creditors)
*First Class Mail*

New York State Dept. of Tax & Finance
Attn: Office of Counsel
Building 9, W.A. Harriman Campus
Albany, NY 12227
*First Class Mail*

Jeffrey D. Prol
Bruce D. Buechler, Esq.
Suzanne Iazzetta, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Official Committee of Unsecured Creditors)
*First Class Mail*

Secretary of State
Franchise Tax
Division of Corporations
P.O. Box 898
Dover, DE 19903
*First Class Mail*

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Christopher P. Simon, Esq.
Michael Joyce, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Fl.
PO Box 1380
Wilmington, DE 19801
(Amick Farms)
*Hand Delivery*

William F. Taylor, Jr., Esq
David A. White, Esq.
Kate Roggio Bock, Esq.
McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(Manufacturers and Traders Trust Company/Wilmington Trust)
*Hand Delivery*

Mark D. Collins, Esq
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Hand Delivery** (6/29/11)

Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

Travelers
Account Resolution
Attn: Scot Freeman, Case Manager
One Tower Square 9CR
Hartford, CT 06183
*First Class Mail*