IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| ALLEN FAMILY FOODS, INC., *et al.*,[1] | Case No. 11-11764 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                  ) SS
NEW CASTLE COUNTY )

      Kassandra A. Riddle, being duly affirmed according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed counsel for the debtors and debtors-in-possession in the above-captioned cases, and that on July 6, 2011, she caused copies of the following pleading(s) to be served, in the manner indicated, to those parties on the attached service list:

- **Notice of Filing of Amended Exhibit 2 to Debtors' Motion for an Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 128]**

_____
Kassandra A. Riddle

AFFIRMED TO AND SUBSCRIBED before me this 7 day July, 2011.

_____
Notary Public
DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 21, 2012

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Allen Family Foods, Inc. (7949), Allen's Hatchery, Inc. (8943), and JCR Enterprises, Inc. (8322). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 126 N. Shipley Street, Seaford, DE 19973.

# 2002 SERVICE LIST
## Allen Family Foods
## 7/6/2011

Joseph R. Biden, III, Esq.
Attorney General for the State of Delaware
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
*Hand Delivery*

Joseph J. Bodnar, Esq.
Law Offices of Joseph J. Bodnar
2101 North Harrison Street
P.O. Box 1022
Wilmington, DE 19899-1022
(MidAtlantic Farm Credit, ACA)
*First Class Mail*

Corey Smith Bott, Esq.
Meghan Ritson Market, Esq.
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
(Truck Drivers and Helpers Local Union No. 355 Health and Welfare Fund)
*First Class Mail*

Kimberly L. Bradley, Esq.
Brian G. Esders, Esq.
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
(Delmarva UFCW Health and Welfare Fund)
*First Class Mail*

Lori A. Butler, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005
*First Class Mail*

Ronald M. Cameron
Chief Executive Officer
Seaford Poultry, Inc.
P.O. Box 21440
Little Rock, AR 72221
*First Class Mail*

R. John Clark, Esq.
Hancock Estarbrook, LLP
1500 AXA Tower I, 100 Madison Street
Syracuse, NY 13202
(Aries Chemical, Inc.)
*First Class Mail*

Mark D. Collins, Esq
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Seaford Poutltry, Inc.)
*Hand Delivery*

o. Comptroller of Maryland
Revenue Administration Division
Attn: Peter Franchott
P.O. Box 446
Annapolis, MD 21411
*First Class Mail*

Keith Cooper
FTI Consulting
1201 W. Peachtree Street, NW, Suite 500
Atlanta, GA 30309
*First Class Mail*

# 2002 SERVICE LIST
# Allen Family Foods
# 7/6/2011

Delaware Division of Revenue
Attn: Randy R. Weller, MS NO 25
820 French Street, 8th Floor
Wilmington, DE 19801
*Hand Delivery*

Department of Labor
Attn: Division of Unemployment Insurance
4425 N. Market Street
Wilmington, DE 19802
*First Class Mail*

William R. Firth, III, Esq.
Offit Kurman, P.A.
1000 North West Street, Suite 1200
Wilmington, DE 19801
(Pepco Energy Services, Inc.)
*Hand Delivery*

Jeffrey C. Hampton, Esq
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(U.S. Foodservice, Inc)
*First Class Mail*

Brian Hildreth
Secretary/Treasurer
Allen Family Foods
126 North Shipley Street
Seaford, DE 19973
(Debtors)
*First Class Mail*

Internal Revenue Service
Insolvency Section
2970 Market Street
PO Box 7346
Philadelphia, PA 19101
*First Class Mail*

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Craig S. Lair
Chief Legal Counsel
Seaford Poultry, Inc.
P.O. Box 21440
Little Rock, AR 72221
*First Class Mail*

Rebecca A. Leigh, Esq.
Law Offices of Rebecca A. Leigh, P.C.
301 S. Greene Street, Suite 201
Greensboro, NC 27401
(Bain Oil Company, Inc.)
*First Class Mail*

Donald K. Ludman, Esq.
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(SAP America, Inc.)
*First Class Mail*

# 2002 SERVICE LIST
## Allen Family Foods
### 7/6/2011

Maine Revenue Services
Attn: Compliance Division
P.O. Box 1060
Augusta, ME 04332
*First Class Mail*

Manufacturers and Traders Trust Company
Attn: Legal Department
1 M and T Plaza
Buffalo, NY 14203
*First Class Mail*

Richard E. Mendoza, Jr., Esq.
Nexsen Pruet, LLC
1230 Main Street, Suite 700
P.O. Drawer 2426
Columbia, SC 29202
(MidAtlantic Farm Credit, ACA)
*First Class Mail*

Francis A. Monaco, Jr., Esq.
Steven K. Kortanek, Esq.
Thomas M. Horan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
P.O. Box 2031
Wilmington, DE 19899-2031
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Michael B. Mukasey, Esq
Commercial Litigation Branch
Department of Justice- U. S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
*First Class Mail*

Bruce S. Nathan, Esq.
Lowenstein Sandler, P.C.
1251 Avenue of the Americas, Ste. 18L
New York, NY 10020
(Official Committee of Unsecured Creditors)
*First Class Mail*

New Jersey Department of Treasury
Division of Taxation
50 Barrack Street
P.O. Box 248
Trenton, NJ 08646
*First Class Mail*

New York State Dept. of Tax & Finance
Attn: Office of Counsel
Building 9, W.A. Harriman Campus
Albany, NY 12227
*First Class Mail*

Gary S. Nitsche, Esq.
Weik, Nitsche & Dougherty
1300 North Grant Avenue, Suite 101
Wilmington, DE 19806
(Amanda L. Mitchell, Indiviually and as Administratrix
of the Estate of Herbert L. Mitchell, deceased)
*First Class Mail*

North Carolina Dept. of Revenue
Sales & Use Tax Division
Attn: President, Officer or Managing Agent
P.O. Box 25000
Raleigh, NC 27640
*First Class Mail*

# 2002 SERVICE LIST
## Allen Family Foods
## 7/6/2011

Jeffrey D. Prol
Bruce D. Buechler, Esq.
Suzanne Iazzetta, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Official Committee of Unsecured Creditors)
*First Class Mail*

Sergio I. Scuteri, Esq.
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ 08054
(NMHG Financial Services, Inc. d/b/a Hyster Capital)
*First Class Mail*

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Securities & Exchange Commission
Secretary of the Treasury
Attn: Regional Director
100 F Street, NE
Washington, DC 20549
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
United States Dept. of Justice
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

Partick J. Schurr, Esq
Scheef & Stone, LLP
2601 Newtork Blvd.
Suite 102
Frisco, TX 75034
(Alchemy Systems, L.P.)
*First Class Mail*

Secretary of State
Franchise Tax
Division of Corporations
P.O. Box 898
Dover, DE 19903
*First Class Mail*

Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281
*First Class Mail*

Christopher P. Simon, Esq.
Michael Joyce, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Fl.
PO Box 1380
Wilmington, DE 19801
(Amick Farms)
*Hand Delivery*

William F. Taylor, Jr., Esq
David A. White, Esq.
Kate Roggio Bock, Esq.
McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(Manufacturers and Traders Trust Company/Wilmington Trust)
*Hand Delivery*

# 2002 SERVICE LIST

# 7/6/2011

Travelers
Account Resolution
Attn: Scot Freeman, Case Manager
One Tower Square 9CR
Hartford, CT 06183
*First Class Mail*