In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the amount of the debtor's assets. Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | Yes | 2 | $1,383,092 | | |
| B - Personal Property | Yes | 14 | $7,410,972 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D- Creditors Holding Secured Claims | Yes | 1 | | $82,842,894 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $12,731 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $4,206,163 | |
| G - Executory Contracts and Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | |
| J- Current Expenses of Individual Debtor(s) | No | 0 | | | |
| Total Number of Sheets in ALL Schedules | | 25 | | | |
| | Total Assets | | $8,794,064 | | |
| | Total Liabilities | | | $87,061,788 | |

## GLOBAL NOTES TO DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Allen Family Foods, Inc. ("Allen"), Allen's Hatchery, Inc. ("Allen's Hatchery"), and JCR Enterprises, Inc. ("JCR") (each a "Debtor" and collectively, the "Debtors") submit their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and Statements prepared by the Debtors as of June 8, 2011 are unaudited, from a variety of different sources available to the Debtors and were prepared with such data to provide a cut-off as near as possible June 9, 2011 (the "Petition Date"). While the Debtors' management and advisors have exercised reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist. Accordingly, the Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate and expect they will do so as information becomes available. These global notes (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Debtors reserve the right to dispute, or to assert offset or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification. The Debtors also reserve all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in their Schedules and Statements.

Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated". The Debtors reserve the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on their Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated". Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors for, among other things, goods, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights with respect to any such credits and allowances.

As it would be expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests, unless otherwise noted, the carrying value on the Debtors' books (net book value)—rather than the current market values—of the Debtors' interests in property and of the Debtors' liabilities is reflected on the Schedules and Statements.

The Debtors reserve all of their rights with respect to any causes of action they may have against third parties, whether not such causes of action are or are not listed as assets in their Schedules and Statements and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

The Schedules and Statements have been signed by Brian Hildreth who serves as the Vice President of Finance and Secretary-Treasurer of each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Hildreth has necessarily relied upon the efforts, statements and representations of the Debtors' personnel and professionals. Mr. Hildreth has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

In addition to the foregoing, the following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

## General Notes

Intercompany Accounts
The Debtors maintain one operating account in the name of each of the Debtors, plus one joint payroll account which is funded with the appropriate amounts to satisfy payroll obligations from each of the operating accounts. Intercompany receivables and payables are recorded on each Debtor's Schedule B and Schedule F, respectively.

## Schedules of Assets and Liabilities

Schedule B Notes

- Except with respect to bank account balances set forth in Schedule B2, all values set forth in Schedule B reflect the book value of the Debtors' assets as of June 8, 2011.

- Schedule B21 – The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment or forfeiture of such claim.

- Schedules B28 – Due to the sheer volume of the Debtors' furniture, fixtures, equipment, supplies and inventory given the nature of the Debtors' business, it would be impractical and unduly burdensome for the Debtors to produce an item-by-item listing of those goods. Therefore, the Debtors have provided categorical listings of those goods as maintained in the Debtors' books and records in the ordinary course of business, and corresponding aggregate estimated book values for such goods.

- The Debtors have included information regarding the Debtors' animals, farm supplies, chemicals and feed in its calculations of the Debtors' inventory, and as such, information that would otherwise be included in Schedules B31 and B34 is captured in Schedule B30.

2

<u>Schedule D Notes</u>

- Except as otherwise agreed in accordance with a stipulation or agreed order or any other order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.

- Holders of secured claims by virtue of holding setoff rights against the Debtors or leasing equipment to the Debtors are not included on Schedule D. Lessors, utility companies and other parties which may hold security deposits have also not been listed on Schedule D.

- The secured claims of MidAtlantic Farm Credit, ACA ("<u>MAFC</u>") against each of the Debtors in an amount not less than $82,322,308 arises out of (i) that certain term loan facility by and among MAFC and Allen (with the other Debtors unconditionally guaranteeing the obligations), as most recently amended on April 8, 2011; and (ii) that certain revolving line of credit extended to Allen's Hatchery (with the other Debtors unconditionally guaranteeing the obligations) by MAFC, such credit agreement most recently amended on April 8, 2011. The secured claim of Manufacturers and Traders Trust Company ("<u>M&T</u>") in an amount not less than $520,586 arises out of that certain revolving credit note and related credit agreement dated December 19, 2001 by and between Allen, Allen's Hatchery (with JCR as guarantor) and Wilmington Trust Company (predecessor of M&T).

<u>Schedule E Notes</u>

- The Bankruptcy Court has approved the payment of certain unsecured claims against the Debtors including, without limitation, certain claims of employees for wages, salaries, and benefits, certain tax claims which arose pre-petition. The Debtors have not included any priority claims that have been satisfied as a result of these first day orders.

- Because the Debtors believe they have satisfied all of their outstanding pre-petition obligations to their employees pursuant to the first day employee wage order, they have not listed any employees in Schedule E. Nonetheless, the Debtors will provide each person employed by the Debtors from June 8, 2009 through the Petition Date with a bar date notice and proof of claim form.

- The Debtors have provided a calculation of accrued and unpaid vacation, based upon the accrual of 60% of employee's annual vacation, less the amounts of vacation time actually used by the employee..

- The listing of any claim or entity on Schedule E does not constitute an admission by the Debtors that any claim listed or held by an entity listed on Schedule E is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserve the right

to take the position that any claim listed or held by an entity listed on Schedule E is not entitled to priority treatment.

Schedule F Notes

- The claims listed on Schedule F reflect the amounts owed as of the Petition Date and may not reflect any payments authorized to be made to certain vendors pursuant to the first day orders entered by the Bankruptcy Court. The Debtors reserve the right to assert that claims satisfied during the administration of these cases should be reduced accordingly.

- The Debtors expressly incorporate by reference into Schedules F all parties to pending and potential litigation listed in 4(a) of the Debtors' Statements as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule F.

- Except with respect to leasehold obligations, the Debtors utilize a consolidated cash management and centralized purchasing and payable system administered by Allen. As such, certain creditors appearing on Schedule F for Allen may in fact hold claims against a Debtor other than Allen. The Debtors reserve the right to amend the Schedules or to otherwise contest whether a claim is in fact held against a Debtor other than the Debtor for which the claim has been scheduled.

Schedule G Notes

- While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. To the extent the Debtors become aware of additional executory contracts and unexpired leases (each an "agreement"), they will supplement their Schedules.

- The Debtors hereby reserve all rights to dispute the validity, status or enforceability of any agreement set forth in Schedule G and to amend or supplement such Schedule as necessary. Additionally, the placing of an agreement onto Schedule G shall not be deemed an admission that such agreement is an executory contract or unexpired lease, or that it is necessarily binding, valid and/or enforceable. Any and all of the Debtors' rights, claims and causes of action with respect to the agreements listed on Schedule G are hereby reserved and preserved.

- Omission of an agreement from Schedule G does not constitute an admission that such omitted agreement is not an executory contract or unexpired lease. Additionally, certain agreements may have been rejected by order of the Bankruptcy Court during the duration of these cases. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by their omission. Schedule G may be amended at any time to add any omitted agreement.

- The agreements listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein. Certain of the agreements listed on Schedule G may be in the nature of secured financings, and the inclusion of such on Schedule G is not an admission that the agreement is an executory contract, financing agreement or otherwise.

## **Statements of Financial Affairs**

### Statement of Financial Affairs Question 3b

The Debtors have not listed any payments to insiders made in the 90 days prior to the Petition in response to Question 3b. Reference should be made to the Debtors' response to Question 3c for such information.

### Statement of Financial Affairs Question 3c

As a result of the Debtors' consolidated cash management system, payments, if any, to any insiders of each Debtor are included among the payments listed in response to Statement of Financial Affairs Question 3c of Allen.

Intercompany transfers among Debtors are not represented in the Debtors' responses to Question 3c. A summary of intercompany account balances is included in these Global Notes.

### Statement of Financial Affairs Question 4

The Debtors have made every effort to include on Exhibit 4 a complete list of all suits and proceedings to which the Debtors were a party within the one year immediately preceding the Petition Date. To the extent the Debtors become aware that they have omitted any suits or proceedings, they will amend their Statements.

### Statement of Financial Affairs Question 9

Payments related to debt counseling or bankruptcy appear only in the response to Statement of Financial Affairs Question 9 of Allen.

### Statement of Financial Affairs Question 10

The Debtors have not transferred any property within the ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtors are a beneficiary. Accordingly, the Debtors have not listed a response to Statement of Financial Affairs Question 10b.

### Statement of Financial Affairs Question 13

The Debtors routinely incur certain setoffs from customers or suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds and other disputes between the Debtors and their customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industries and can be particularly

voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are excluded from the Debtors' Schedules and Statements.

Statement of Financial Affairs Question 14
In the ordinary course of their business, the Debtors lease equipment from certain third-party lessors for use in the daily operation of their businesses and otherwise hold property owned by third-parties pursuant to contracts with such parties. Any such leases or contracts are set forth in Schedule G. The property subject to any such leases or contracts is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtors. Neither is the property subject to any such leases or contracts reflected in the Statements as property or assets of third-parties within the control of the Debtors.

Statement of Financial Affairs Question 17
The Debtors have disclosed both suggestions of potential liability asserted by governmental agencies and known environmental violations within the last ten (10) years.

Statement of Financial Affairs Question 23
The response to Statement Question 3c is incorporated by reference into the response to Statement Question 23.

* * * END OF GLOBAL NOTES * * *

YCST01:11243667.1                    070206.1001

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint of Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR MORTGAGE | AMOUNT OF SECURED CLAIM OR MORTGAGE |
|---|---|---|---|
| Land - See Attached | Owner | $            233,881 | unknown |
| Land Improvements- See Attached | Owner | $            129,040 | unknown |
| Building - See Attached | Owner | $         1,020,171 | unknown |
| **Total** | | $         **1,383,092** | |

# Book Asset Detail    1/01/11 - 12/31/11

51-0418322
FYE: 12/31/2011

| Asset | d t | Property Description | Address | Book Net Book Value |
|---|---|---|---|---|
| **Group: 30000 Land** | | | | |
| 1 | | #107 Land - Maryland | | 44,000.00 |
| 2 | | Farm land | | 173,000.00 |
| 152 | | Farm Acquisition Costs | | 14,880.75 |
| 153 | | Land Acquistion Costs-Plant | 5420 Linkwood Rd, Linkwood, MD 21835 | 2,000.00 |
| | | | | 233,880.75 |
| **Group: 31000 Land Improvements** | | | | |
| 11 | | Stone | 5420 Linkwood Rd, Linkwood, MD 21835 | 1,117.66 |
| 12 | | Paving Parking Lot | 5420 Linkwood Rd, Linkwood, MD 21835 | 3,786.48 |
| 13 | | Septic System | 5420 Linkwood Rd, Linkwood, MD 21835 | 3,117.25 |
| 14 | | Stormwater Control | 5420 Linkwood Rd, Linkwood, MD 21835 | 3,875.80 |
| 167 | | Concrete & Paving CIP 39013 | 5420 Linkwood Rd, Linkwood, MD 21835 | 104,528.65 |
| 168 | | Plant Paving CIP 39015 | 5420 Linkwood Rd, Linkwood, MD 21835 | 10,487.65 |
| 182 | | Evaporator Room Curb | 5420 Linkwood Rd, Linkwood, MD 21835 | 2,126.27 |
| | | | | 129,039.77 |
| **Group: 32000 Buildings** | | | | |
| 3 | | Main Rendering Building | 5420 Linkwood Rd, Linkwood, MD 21835 | 296,012.37 |
| 4 | | Boiler & Storage area | 5420 Linkwood Rd, Linkwood, MD 21835 | 22,674.18 |
| 5 | | Garage | 5420 Linkwood Rd, Linkwood, MD 21835 | 61,964.58 |
| 6 | | Office building | 5420 Linkwood Rd, Linkwood, MD 21835 | 7,522.21 |
| 7 | | #655 Silos | 5420 Linkwood Rd, Linkwood, MD 21835 | 1,432.97 |
| 8 | | Drainage Pad (Ace 20052) | 5420 Linkwood Rd, Linkwood, MD 21835 | 3,653.72 |
| 9 | | (2) Fuel Oil Tanks | 5420 Linkwood Rd, Linkwood, MD 21835 | 70,719.02 |
| 10 | | Skimmer Building | 5420 Linkwood Rd, Linkwood, MD 21835 | 79,105.96 |
| 154 | | Building Acquisition Costs-Plant | 5420 Linkwood Rd, Linkwood, MD 21835 | 13,556.54 |
| 156 | | Masonry & Door Upgrades CIP 39009 | 5420 Linkwood Rd, Linkwood, MD 21835 | 87,795.18 |
| 157 | | Breakroom Renovations CIP 39010 | 5420 Linkwood Rd, Linkwood, MD 21835 | 19,615.83 |
| 169 | | Building Guttering CIP 39016 | 5420 Linkwood Rd, Linkwood, MD 21835 | 4,205.96 |
| 173 | | Panel Roof & Wall | 5420 Linkwood Rd, Linkwood, MD 21835 | 3,352.29 |
| 177 | | Evaporator Building CIP 39023 | 5420 Linkwood Rd, Linkwood, MD 21835 | 274,436.56 |
| 181 | | Trane Back Wall Replacement | 5420 Linkwood Rd, Linkwood, MD 21835 | 35,481.28 |
| 196 | | Feather Room Concrete Work | 5420 Linkwood Rd, Linkwood, MD 21835 | 10,834.80 |
| 204 | | Meat Room Roof CIP 39031 | 5420 Linkwood Rd, Linkwood, MD 21835 | 13,780.55 |
| 213 | | Final Meat Room Roof CIP 39031 | 5420 Linkwood Rd, Linkwood, MD 21835 | 14,027.48 |

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category attach a separate sheet properly identified with the case name, case number and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - "Executory Contracts and Unexpired Leases."

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | | | $ 300 |
| 2. Checking, saving or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | $ 171,525 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | $ - |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category attach a separate sheet properly identified with the case name, case number and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - "Executory Contracts and Unexpired Leases."

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize | X | | $ - |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. § 529(b)(1). Give Particulars. | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable instruments. | X | | |
| 16. Accounts Receivable. | | | $ 3,453,259 |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category attach a separate sheet properly identified with the case name, case number and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - "Executory Contracts and Unexpired Leases."

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefits plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | $ 150,276 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category attach a separate sheet properly identified with the case name, case number and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - "Executory Contracts and Unexpired Leases."

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. (listed at cost) | | | $ 145,247 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | | $ - |
| 29. Machinery, fixtures, equipment and supplies used in business. | | | $ 2,223,735 |
| 30. Inventory. | | | $ 691,625 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |

SOAL B Summary

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

**SCHEDULE B - PERSONAL PROPERTY**

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category attach a separate sheet properly identified with the case name, case number and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - "Executory Contracts and Unexpired Leases."

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 33.  Farming equipment and implements. | X | | |
| | | | |
| 34.  Farms supplies, chemicals, and feed. | X | | |
| | | | |
| 35.  Other personal property of any kind not already listed.  Itemize. | | | $                575,005 |
| | | | |
| | | Total | $             7,410,972 |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

**SCHEDULE B-PERSONAL PROPERTY**
**EXHIBIT B1 - CASH ON HAND**

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|
| Petty Cash | JCR Enterprises | $ 300 |
| | | |
| | Total | $ 300 |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

**SCHEDULE B-PERSONAL PROPERTY**
**EXHIBIT B2 - FINANCIAL ACCOUNTS**

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY (NAME AND ADDRESS OF BANK) | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|
| WTC - Payroll | JCR Enterprises | $ - |
| WTC - Operating | JCR Enterprises | $ 171,525 |
| | TOTAL | $ 171,525 |

1

SOAL B2

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

**SCHEDULE B-PERSONAL PROPERTY**
**EXHIBIT B16 - ACCOUNTS RECEIVABLE**

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY (NAME AND ADDRESS OF VENDOR) | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|
| Domestic Trade Receivables | See Attached AR Listing | $ 1,753,259 |
| Intercompany Trade Receivables | Due from Allen's Hatchery | $ 1,700,000 |
| | TOTAL | $ 3,453,259 |

**JCR Enterprises, Inc.**
**Domestic Trade Receivables**

| Customer | Address | City, State & Zip | Amount |
|---|---|---|---|
| ALLENS HATCHERY, INC | 126 NORTH SHIPLEY STREET | SEAFORD, DE 19973 | $ 203,040 |
| AMICK FARMS, LLC | 2079 BATESBURG HWY | BATESBURG- LEESVILLE, SC 29070 | 159,477 |
| By Products, LLC | 5 Christy Drive | Chadds Ford, PA 19317-9667 | 183,261 |
| Diversified Ingredients Inc. | 870 Woods Mill Rd | St Louis, MO 63011 | 30,214 |
| JBS-PACKERLAND INC. SOUDERTON | | | 229,241 |
| Lackawanna Products | P.O. Box 660 | Clarence , NY 14031 | 195,035 |
| Mountaire Farms | P.O. Box 1320 | Millsboro, DE 19966 | 282,588 |
| Superior Feed Ingredient | | | 449,245 |
| W.W.S., Inc. | | | 21,303 |
| | | | $ 1,753,404 |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

**SCHEDULE B-PERSONAL PROPERTY**
**EXHIBIT B21-ALL OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE**

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | |
|---|---|---|---|
| PREPAID EXPENSES | INSURANCE, TAXES | $ | 150,276 |
| | TOTAL | $ | **150,276** |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

**SCHEDULE B-PERSONAL PROPERTY**
**EXHIBIT B25-AUTOMOBILES, TRUCKS, AND OTHER VEHICLES AND ACCESSORIES**

| TYPE OF PROPERTY | COST | ACCUMULATED DEPRECIATION | NET BOOK VALUE |
|---|---|---|---|
|  |  |  |  |
| TRUCKS | $ 2,595,076 | $ 2,447,803 | $ 147,273 |
| CARS | $ 25,854 | $ 27,880 | $ (2,026) |
|  |  |  |  |
| TOTAL | $ 2,620,930 | $ 2,475,683 | $ 145,247 |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

**SCHEDULE B-PERSONAL PROPERTY**
**EXHIBIT B28 - OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES**

| TYPE OF PROPERTY | COST | ACCUMULATED DEPRECIATION | NET BOOK VALUE |
|---|---|---|---|
| OFFICE FURNITURE | $ 8,788 | $ 8,788 | $ - |
| | | | |
| TOTAL | $ 8,788 | $ 8,788 | $ - |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

**SCHEDULE B-PERSONAL PROPERTY**
**EXHIBIT B29 - MACHINERY, FIXTURES, EQUIPMENT, AND SUPPLIES USED IN BUSINESS**

| TYPE OF PROPERTY | COST | ACCUMULATED DEPRECIATION | NET BOOK VALUE |
|---|---|---|---|
| MACHINERY, EQUIPMENT & WASTE WATER SYSTEM | $ 9,752,238 | $ 7,528,503 | $ 2,223,735 |
| | | | |
| **TOTAL** | **$ 9,752,238** | **$ 7,528,503** | **$ 2,223,735** |

1

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

**SCHEDULE B-PERSONAL PROPERTY**
**EXHIBIT B35 - ALL OTHER PERSONAL PROPERTY**

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|
| CONSTRUCTION IN PROCESS | JCR ENTERPRISES | $ 575,005 |
| | TOTAL | $ 575,005 |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled 'Codebtor', include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| Account No. <br> MidAtlantic Farm Credit <br> 6546 Mid Atlantic Lane <br> Salisbury, MD  21804 | Security Interest in substantially all of the Debtor's Assets <br><br> $Value | | | | $        82,322,308 | unknown |
| Account No. <br> Wilmington Trust Company <br> c/o McCarter & English, LLP <br> 405 N. King St, 8th Fl <br> Wilmington, DE 19801 | Security Interest in Debtor's Accounts Receivable and Inventory <br><br> $Value | | | | $           520,586 | unknown |
| Account No. <br><br> | <br><br> $Value | | | | | |
| | | | | Total | $82,842,894 | |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**Types of Priority Claims** (check the appropriate box(es) below if claims in that category are listed on the attached sheets).

☐    **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. Section 507 (a)(2)

☐    **Wages, salaries and commissions**
Wages, salaries and commissions, including vacation, severance and sick leave pay owing to employees, up to a maximum of $11,725* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Section 507 (a)(3)

☐    **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Section 507 (a)(4)

☐    **Grain farmers and fishermen**
Claims of certain farmers and fisherman, up to a maximum of $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Section 507 (a)(5)

☐    **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal family or household use, that were not delivered or provided. 11 U.S.C. Section 507 (a)(6)

☐    **Alimony, Maintenance, or Support**
Claims of spouse, former spouse, or child of the debtor for alimony, maintenance or support, to the extent provided in 11 U.S.C. 507 (a)(7)

☑    **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Section 507 (a)(8)

\* Amounts subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment. These amounts represent adjustments as of April 1, 2004 and are effective for all cases filed on or after April 1, 2004.

| CREDITOR'S NAME, ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT, UNLIQUIDATED, DISPUTED | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. SEE ATTACHED | VARIOUS | | | | | $    12,731 | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | Total | $12,731 | |

Tax Liabilities
JCR Enterprises, Inc.

| Claimant/Address | Tax Type | | Amount | CONTINGENT UNLIQUIDATED DISPUTED |
|---|---|---|---|---|
| Department of the Treasury, IRS, Cincinnati, OH 45999-0005 | Federal | FIT | $2,781.80 | Contingent |
| | | FICA | $3,242.84 | Contingent |
| Department of the Treasury, IRS, Cincinnati, OH 45999-0046 | | FUTA | $6.59 | Contingent |
| Delaware Division of Revenue, PO Box 8995, Wilmington, DE 19899-8995 | Delaware | SIT | $0.00 | |
| Delaware Division of Unemploy Ins, PO Box 9953, Wilmington, DE 19809-0953 | | SUI | $0.00 | |
| Comptroller of Maryland, PO Box 1829, Annapolis, MD 21404-1829 | Maryland | SIT | $1,550.32 | Contingent |
| State of MD, Div. Unemploy Ins, PO Box 17291, Baltimore, MD 21297-0365 | | SUI | $47.77 | Contingent |
| North Carolina Dept of Revenue, PO Box 25000, Raleigh, NC 27640-0530 | North Carolina | SIT | $0.00 | |
| Employment Security Commission of NC, PO Box 26504, Raleigh, NC 27611-6504 | | SUI | $0.00 | |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled Total on the last sheet of the completed schedule.  Report this total also on the

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| VARIOUS SEE FOLLOWING ACCOUNTS PAYABLE LISTING | | | | | | $    1,561,322 |
| ALLEN FAMILY FOODS ACCOUNTS PAYABLE - RAW MATERIAL | | | | | | $      542,232 |
| ALLEN FAMILY FOODS INTERCOMPANY PAYABLE | | | | | | $    2,059,601 |
| JCR ENTERPRISES PENSION PLAN - UNFUNDED LIABLITY AS OF 1/1/11 | | | | | | $        43,009 |
| | | | | | Total | $    4,206,163 |

# JCR Enterprises, Inc.
## Accounts Payable

| Creditor Name | Address | City, State & Zip | C | U | D | Amount |
|---|---|---|---|---|---|---|
| 3D ENVIRONMENTAL LLC | 702 D NAYLOR MILL ROAD | SALISBURY, MD 21801 | | | | $ 568 |
| AMICK FARMS, LLC | PO BOX 100215 | ATLANTA, GA 30384 | | | | 426,321 |
| ARIES CHEMICAL, INC. | P.O. BOX 519 | BEAVER FALLS, NY 13305 | | | | 21,729 |
| ATLANTIC LIFT TRUCK, INC | 2945 WHITTINGTON AVENUE | BALTIMORE, MD 21203 | | | | 2,032 |
| BARR INTERNATIONAL, INC. | P.O. BOX 1777 | SALISBURY, MD 21802-1777 | | | | 8,951 |
| BEE'S AUTOMOTIVE DIST. | P.O. BOX 427 | FEDERALSBURG, MD 21632 | | | | 310 |
| BEPEX INTERNATIONAL LLC | P.O. BOX 1450 | MINNEAPOLIS, MN 55485-5511 | | | | 10,249 |
| BUREAU OF SUPPORT ENFORC | PO BOX 12287 | WILMINGTON, DE 19850 | | | | 93 |
| CHEMSTATION CHESAPEAKE | 3310 CHILDS STREET | BALTIMORE, MD 21226 | | | | 3,397 |
| CHEMTREAT, INC. | 15045 COLLECTIONS CENTER DR | CHICAGO, IL 60693 | | | | 6,003 |
| CHERRY BOMB TRANSPORT | PO BOX 213 | FRANKFORD, DE 19945 | | | | 8,320 |
| CHESAPEAKE LABS, INC | 113 HIGH ST | SALISBURY, MD 21801 | | | | 3,250 |
| CLARK'S ENVIRONMENTAL SERVICES, LLC | 4344 ALLEN ROAD | SALISBURY, MD 21801 | | | | 13,888 |
| COASTAL CREDIT LLC | 3852 VIRGINIA BEACH BLVD | VIRGINIA BEACH, VA 23452 | | | | 235 |
| CONDOR TECHNOLOGIES | 110 NORTH MAIN ST | CAMDEN, DE 19934 | | | | 6,889 |
| CUMMINS-WAGNER | P.O. BOX 17503 | BALTIMORE, MD 21297-1503 | | | | 696 |
| CURLEY & RODRIGUEZ, LLC | 250 BEISER BLVD, SUITE 202 | DOVER, DE 19904 | | | | 117 |
| CUSTOM WELDING & FAB INC | 3104 OCEAN GATEWAY | CAMBRIDGE, MD 21613 | | | | 445 |
| DELMARVA AUTO GLASS, INC | 1923 N. SALISBURY BLVD | SALISBURY, MD 21801-3334 | | | | 228 |
| DIVERSIFIED LABORATORIES, INC. | 4159 Lafayette Center Dr | Chantily, VA 20151 | | | | 583 |
| DOR. COUNTY TREASURER | BOX 66 | CAMBRIDGE, MD 21613 | | | | 1,825 |
| DORCHESTER SVCS ASSOC. | 120 VIRGINIA AVE | CAMBRIDGE, MD 21613 | | | | 477 |
| DUPPS COMPANY | 3656 SOLUTIONS CENTER | CHICAGO, IL 60677-3006 | | | | 16,627 |
| E S HUBBERT & SON, INC. | 403 SUNBURST HIGHWAY | CAMBRIDGE, MD 21613 | | | | 64 |
| EHRLICH | P.O. BOX 13848 | READING, PA 19612-3848 | | | | 1,005 |
| ENVIROCORP, INC. | 51 CLARK ST | HARRINGTON, DE 19952 | | | | 880 |
| ENVIRO-ORGANIC TECH. INC | P.O. BOX 600 | NEW WINDSOR, MD 21776 | | | | 36,000 |
| FAIRBANKS SCALES | P.O. BOX 802796 | KANSAS CITY, MO 64180-2796 | | | | 398 |
| G&K SERVICES | P.O. BOX 8 | LAUREL, MD 20707 | | | | 2,524 |
| HAARSLEV INC. | 9700 NW CONANT AVE. | KANSAS CITY, MO 64153 | | | | 22,489 |
| HILL'S ELECTRIC MOTOR | 3901 VINCENT DRIVE | LINKWOOD, MD 21835 | | | | 4,996 |
| HITCHENS TIRE SERVICE | P.O. BOX 925 | MILFORD, DE 19963 | | | | 4,633 |
| HOMETOWN PRIDE MARKET | P.O. BOX 85 | EAST NEW MARKET, MD 21631 | | | | 16 |
| HORNEY INDUSTRIAL ELEC. | P.O. BOX 700 | BRIDGEVILLE, DE 19933 | | | | 370 |
| HRP SHEET METAL AND FABRICATION | 16750 OAK ROAD | BRIDGEVILLE, DE 19933 | | | | 27,420 |
| INTERCOASTAL TRADING INC | PO BOX 430 | SECRETARY, MD 21664 | | | | 5,945 |
| INT'L ASSOC/MACHINISTS | 9000 MACHINISTS PLACE | UPPER MARLBORO, MD 20772 | | | | 1,691 |
| KANE SUPPLY CORP | 1200 S. EAST AVE | BALTIMORE, MD 21224 | | | | 1,745 |
| LEWIS LAWN CARE | 5852 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | | | | 250 |

JCR Enterprises, Inc.
Accounts Payable

| Creditor Name | Address | City, State & Zip | C | U | D | Amount |
|---|---|---|---|---|---|---|
| LEWIS SECURITY | 5854 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | | | | 1,650 |
| M J BRITTINGHAM INC | 7657 LOVY LANE | PARSONSBURG, MD 21849 | | | | 1,495 |
| MARYLAND CHEMICAL CO.INC | 3310 CHILDS STREET | BALTIMORE, MD 21226 | | | | 215 |
| MARYLAND CHILD SUPPORT | PO BOX 17396 | BALTIMORE, MD 21297-1396 | | | | 1,078 |
| MARYLAND DEPARTMENT | P.O. BOX 2057 | BALTIMORE, MD 21203-2057 | | | | 3,000 |
| MOUNTAIRE FARMS INC. | PO BOX 520 | SELBYVILLE, DE 19975 | | | | 588,141 |
| NEW JERSEY FEED LAB INC. | P.O. BOX 06650 | TRENTON, NJ 8650 | | | | 2,133 |
| NORTHEAST INDUSTRIAL TECH INC | P.O. Box 55 | Leroy, NY 14482 | | | | 960 |
| NOVUS INTERNATIONAL, INC | 3526 PAYSPHERE CIRCLE | CHICAGO, IL 60674-3526 | | | | 11,825 |
| OFFICE DEPOT | P.O. BOX 633211 | CINCINNATI, OH 45263-3211 | | | | 240 |
| P & M HYDRAULICS | PO BOX 668 | PRESTON, MD 21655 | | | | 289 |
| PENN JERSEY PRODUCT'S | P.O. BOX 7 | NEW HOLLAND, PA 17557 | | | | 3,756 |
| PEPCO ENERGY SERVICES - GAS | P.O. BOX 75607 | BALTIMORE, MD 21275-5607 | | | | 202,491 |
| PEP-UP | P.O. BOX 556 | GEORGETOWN, DE 19947-0556 | | | | 29,821 |
| PRO WAND POWER WASHING | 5549 MT. HOLLY RD | EAST NEW MARKET, MD 21631 | | | | 3,575 |
| PROGRESSIVE SYSTEMS | PO BOX 35 | FRANKFORD, DE 19945 | | | | 410 |
| R.D. GRIER | P.O. BOX 2257 | SALISBURY, MD 21802-2257 | | | | 2,842 |
| REXEL USA | PO BOX 347009 | PITTSBURGH, PA 15251-4009 | | | | 1,931 |
| ROBERT GRANADOS, JR | 2523 SOUTHSIDE AVE | CAMBRIDGE, MD 21613 | | | | 620 |
| ROTECH INDUSTRIAL, INC. | 7503 FEDERALSBURG RD | BRIDGEVILLE, DE 19933 | | | | 1,684 |
| SHERWIN WILLIAMS | 700 CAMBRIDGE PLAZA | CAMBRIDGE, MD 21613-2531 | | | | 55 |
| T.E. COLLINS | 4342 WADDELLS CORNER | HURLOCK, MD 21643 | | | | 2,800 |
| TATE ENGINEERING INC. | 1560 CATON CENTER DRIVE | BALTIMORE, MD 21227-1556 | | | | 2,249 |
| UNITED ELECTRIC SUPPLY | P.O. BOX 8500-6340 | PHILADELPHIA, PA 19178-6340 | | | | 4,604 |
| UNITED PARCEL SERVICE | P.O. BOX 7247-0244 | PHILADELPHIA, PA 19170-0001 | | | | 64 |
| UNITED STATES TREASURY | PO BOX 219236 | KANSAS CITY, MO 64121 | | | | 389 |
| USA BLUEBOOK | PO BOX 9004 | GURNEE, IL 60031-9004 | | | | 3,454 |
| UTILITY/EASTERN SHORE | P.O. BOX 159 | BRIDGEVILLE, DE 19933 | | | | 4,011 |
| VALLEY NATIONAL GASES | P.O. BOX 6378 | WHEELING, WV 26003-0615 | | | | 1,177 |
| WASTE MGMT. OF DELMARVA | P.O. BOX 13648 | PHILADELPHIA, PA 19101-3648 | | | | 2,160 |
| WATER SOLUTIONS | 280 CALLEGARI DRIVE | WEST HAVEN, CT 6516 | | | | 37,573 |
| ZEE MEDICAL , INC. | P.O. BOX 781573 | INDIANAPOLIS, IN 46278-8573 | | | | 156 |
| ZEP MANUFACTURING CO. | P.O. BOX 3338 | BOSTON, MA 02241-3338 | | | | 816 |
| | | | | | $ | 1,561,322 |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMICK FARMS, LLC<br>MARCUS MILLER, CFO<br>AMICK FARMS, LLC<br>P.O. BOX 2309<br>BATESBURG-LEESVILLE, SC  29070 | RAW MATERIAL PURCHASE |
| ENVIRO-ORGANIC TECHNOLOGIES, INC.<br>2323 MARSTON ROAD P.O. BOX 600<br>NEW WINDSOR, MD  21776 | CONTRACT FOR RESIDUALS MANAGEMENT SERVICES |
| G&K SERVICES, INC.<br>ATTN: NATION ACCOUNTS DEPARTMENT<br>5995 OPUS PARKWAY<br>MINNETONKA, MN  55343 | PURCHASE AGREEMENT FOR VARIOUS ITEMS (MAINLY CLOTHES) |
| IKON FINANCIAL SERVICES<br>P.O. BOX 9115<br>MACON, GA  31208-9115 | [SET] RICOH PREM MP2550SP POWERPAK |
| MOUNTAIRE FARMS OF DELAWARE, INC.<br>WALTER MOORHEAD<br>MOUNTAIRE FARMS OF DELAWARE, INC.<br>P.O. BOX 1320<br>MILLSBORO, DE  19966 | RAW MATERIALS PURCHASE |
| PEPCO ENERGY SERVICES, INC.<br>ATTN: MARK KOPPELMAN<br>1300 NORTH 17TH ST., SUITE 1600<br>ARLINGTON, VA  22209 | NYMEX TRIGGER EXHIBIT. NATURAL GAS AGREEMENT |
| WASTE MANAGEMENT<br>WASTE MANAGEMENT OF DELAWARE<br>300 HARVEY DRIVE<br>WILMINGTON, DE  19804 | COMMERCIAL SERVICE AGREEMENT FOR NON-HAZARDOUS WASTES |
| WASTE MANAGEMENT<br>WASTE MANAGEMENT OF DELAWARE<br>300 HARVEY DRIVE<br>WILMINGTON, DE  19804 | COMMERCIAL SERVICE AGREEMENT FOR NON-HAZARDOUS WASTES |
| WASTE MANAGEMENT<br>WASTE MANAGEMENT OF DELMARVA<br>P.O. BOX 13648<br>PHILADELPHIA, PA  19101-3648 | COMMERCIAL SERVICE AGREEMENT FOR NON-HAZARDOUS WASTES |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WASTE MANAGEMENT<br>WASTE MANAGEMENT OF DELMARVA<br>P.O. BOX 13648<br>PHILADELPHIA, PA  19101-3648 | COMMERCIAL SERVICE AGREEMENT FOR NON-HAZARDOUS WASTES |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

### SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Allen Family Foods, Inc.<br>126 N. Shipley St.<br>Seaford, DE 19973 | MidAtlantic Farm Credit<br>Wilmington Trust Company<br>(ADDRESSES ON SCHEDULE D) |
| Allen's Hatchery, Inc.<br>126 N. Shipley St.<br>Seaford, DE 19973 | MidAtlantic Farm Credit<br>Wilmington Trust Company<br>(ADDRESSES ON SCHEDULE D) |

In re JCR Enterprises, Inc.                    Case No. 11-11766 (KJC)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Brian G. Hildreth, Vice President of Finance and Secretary-Treasurer of JCR Enterprises, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules and that they are true and correct to the best of my knowledge, information, and belief.

Date: July 11, 2011

Signature

Brian G. Hildreth
[Print or type name of individual signing on behalf of debtor.]

Vice President of Finance and Secretary-Treasurer
[Indicate position or relationship to debtor]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.