In re:

JCR Enterprises, Inc.                              Chapter 11

Debtor                                             Case No. 11-11766 (KJC)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-16 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 17-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(31).

# GLOBAL NOTES TO DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Allen Family Foods, Inc. ("Allen"), Allen's Hatchery, Inc. ("Allen's Hatchery"), and JCR Enterprises, Inc. ("JCR") (each a "Debtor" and collectively, the "Debtors") submit their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and Statements prepared by the Debtors as of June 8, 2011 are unaudited, from a variety of different sources available to the Debtors and were prepared with such data to provide a cut-off as near as possible June 9, 2011 (the "Petition Date"). While the Debtors' management and advisors have exercised reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist. Accordingly, the Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate and expect they will do so as information becomes available. These global notes (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Debtors reserve the right to dispute, or to assert offset or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification. The Debtors also reserve all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in their Schedules and Statements.

Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated". The Debtors reserve the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on their Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated". Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors for, among other things, goods, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights with respect to any such credits and allowances.

As it would be expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests, unless otherwise noted, the carrying value on the Debtors' books (net book value)—rather than the current market values—of the Debtors' interests in property and of the Debtors' liabilities is reflected on the Schedules and Statements.

The Debtors reserve all of their rights with respect to any causes of action they may have against third parties, whether not such causes of action are or are not listed as assets in their Schedules and Statements and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

The Schedules and Statements have been signed by Brian Hildreth who serves as the Vice President of Finance and Secretary-Treasurer of each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Hildreth has necessarily relied upon the efforts, statements and representations of the Debtors' personnel and professionals. Mr. Hildreth has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

In addition to the foregoing, the following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

## General Notes

Intercompany Accounts
The Debtors maintain one operating account in the name of each of the Debtors, plus one joint payroll account which is funded with the appropriate amounts to satisfy payroll obligations from each of the operating accounts. Intercompany receivables and payables are recorded on each Debtor's Schedule B and Schedule F, respectively.

## Schedules of Assets and Liabilities

Schedule B Notes

- Except with respect to bank account balances set forth in Schedule B2, all values set forth in Schedule B reflect the book value of the Debtors' assets as of June 8, 2011.

- Schedule B21 – The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment or forfeiture of such claim.

- Schedules B28 – Due to the sheer volume of the Debtors' furniture, fixtures, equipment, supplies and inventory given the nature of the Debtors' business, it would be impractical and unduly burdensome for the Debtors to produce an item-by-item listing of those goods. Therefore, the Debtors have provided categorical listings of those goods as maintained in the Debtors' books and records in the ordinary course of business, and corresponding aggregate estimated book values for such goods.

- The Debtors have included information regarding the Debtors' animals, farm supplies, chemicals and feed in its calculations of the Debtors' inventory, and as such, information that would otherwise be included in Schedules B31 and B34 is captured in Schedule B30.

Schedule D Notes

- Except as otherwise agreed in accordance with a stipulation or agreed order or any other order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.

- Holders of secured claims by virtue of holding setoff rights against the Debtors or leasing equipment to the Debtors are not included on Schedule D. Lessors, utility companies and other parties which may hold security deposits have also not been listed on Schedule D.

- The secured claims of MidAtlantic Farm Credit, ACA ("MAFC") against each of the Debtors in an amount not less than $82,322,308 arises out of (i) that certain term loan facility by and among MAFC and Allen (with the other Debtors unconditionally guaranteeing the obligations), as most recently amended on April 8, 2011; and (ii) that certain revolving line of credit extended to Allen's Hatchery (with the other Debtors unconditionally guaranteeing the obligations) by MAFC, such credit agreement most recently amended on April 8, 2011. The secured claim of Manufacturers and Traders Trust Company ("M&T") in an amount not less than $520,586 arises out of that certain revolving credit note and related credit agreement dated December 19, 2001 by and between Allen, Allen's Hatchery (with JCR as guarantor) and Wilmington Trust Company (predecessor of M&T).

Schedule E Notes

- The Bankruptcy Court has approved the payment of certain unsecured claims against the Debtors including, without limitation, certain claims of employees for wages, salaries, and benefits, certain tax claims which arose pre-petition. The Debtors have not included any priority claims that have been satisfied as a result of these first day orders.

- Because the Debtors believe they have satisfied all of their outstanding pre-petition obligations to their employees pursuant to the first day employee wage order, they have not listed any employees in Schedule E. Nonetheless, the Debtors will provide each person employed by the Debtors from June 8, 2009 through the Petition Date with a bar date notice and proof of claim form.

- The Debtors have provided a calculation of accrued and unpaid vacation, based upon the accrual of 60% of employee's annual vacation, less the amounts of vacation time actually used by the employee..

- The listing of any claim or entity on Schedule E does not constitute an admission by the Debtors that any claim listed or held by an entity listed on Schedule E is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserve the right

YCST01:11243667.1                    070206.1001

to take the position that any claim listed or held by an entity listed on Schedule E is not entitled to priority treatment.

## Schedule F Notes

- The claims listed on Schedule F reflect the amounts owed as of the Petition Date and may not reflect any payments authorized to be made to certain vendors pursuant to the first day orders entered by the Bankruptcy Court. The Debtors reserve the right to assert that claims satisfied during the administration of these cases should be reduced accordingly.

- The Debtors expressly incorporate by reference into Schedules F all parties to pending and potential litigation listed in 4(a) of the Debtors' Statements as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule F.

- Except with respect to leasehold obligations, the Debtors utilize a consolidated cash management and centralized purchasing and payable system administered by Allen. As such, certain creditors appearing on Schedule F for Allen may in fact hold claims against a Debtor other than Allen. The Debtors reserve the right to amend the Schedules or to otherwise contest whether a claim is in fact held against a Debtor other than the Debtor for which the claim has been scheduled.

## Schedule G Notes

- While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. To the extent the Debtors become aware of additional executory contracts and unexpired leases (each an "agreement"), they will supplement their Schedules.

- The Debtors hereby reserve all rights to dispute the validity, status or enforceability of any agreement set forth in Schedule G and to amend or supplement such Schedule as necessary. Additionally, the placing of an agreement onto Schedule G shall not be deemed an admission that such agreement is an executory contract or unexpired lease, or that it is necessarily binding, valid and/or enforceable. Any and all of the Debtors' rights, claims and causes of action with respect to the agreements listed on Schedule G are hereby reserved and preserved.

- Omission of an agreement from Schedule G does not constitute an admission that such omitted agreement is not an executory contract or unexpired lease. Additionally, certain agreements may have been rejected by order of the Bankruptcy Court during the duration of these cases. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by their omission. Schedule G may be amended at any time to add any omitted agreement.

- The agreements listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein. Certain of the agreements listed on Schedule G may be in the nature of secured financings, and the inclusion of such on Schedule G is not an admission that the agreement is an executory contract, financing agreement or otherwise.

## Statements of Financial Affairs

### Statement of Financial Affairs Question 3b

The Debtors have not listed any payments to insiders made in the 90 days prior to the Petition in response to Question 3b. Reference should be made to the Debtors' response to Question 3c for such information.

### Statement of Financial Affairs Question 3c

As a result of the Debtors' consolidated cash management system, payments, if any, to any insiders of each Debtor are included among the payments listed in response to Statement of Financial Affairs Question 3c of Allen.

Intercompany transfers among Debtors are not represented in the Debtors' responses to Question 3c. A summary of intercompany account balances is included in these Global Notes.

### Statement of Financial Affairs Question 4

The Debtors have made every effort to include on Exhibit 4 a complete list of all suits and proceedings to which the Debtors were a party within the one year immediately preceding the Petition Date. To the extent the Debtors become aware that they have omitted any suits or proceedings, they will amend their Statements.

### Statement of Financial Affairs Question 9

Payments related to debt counseling or bankruptcy appear only in the response to Statement of Financial Affairs Question 9 of Allen.

### Statement of Financial Affairs Question 10

The Debtors have not transferred any property within the ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtors are a beneficiary. Accordingly, the Debtors have not listed a response to Statement of Financial Affairs Question 10b.

### Statement of Financial Affairs Question 13

The Debtors routinely incur certain setoffs from customers or suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds and other disputes between the Debtors and their customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industries and can be particularly

voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are excluded from the Debtors' Schedules and Statements.

Statement of Financial Affairs Question 14
In the ordinary course of their business, the Debtors lease equipment from certain third-party lessors for use in the daily operation of their businesses and otherwise hold property owned by third-parties pursuant to contracts with such parties. Any such leases or contracts are set forth in Schedule G. The property subject to any such leases or contracts is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtors. Neither is the property subject to any such leases or contracts reflected in the Statements as property or assets of third-parties within the control of the Debtors.

Statement of Financial Affairs Question 17
The Debtors have disclosed both suggestions of potential liability asserted by governmental agencies and known environmental violations within the last ten (10) years.

Statement of Financial Affairs Question 23
The response to Statement Question 3c is incorporated by reference into the response to Statement Question 23.

* * * END OF GLOBAL NOTES * * *

YCST01:11243667.1                    070206.1001

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

# 1. Income from Employment or Operation of Business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)

None ☐

| AMOUNT | SOURCE | PERIOD |
|--------|--------|--------|
| $25,332,964 | Gross Revenues for the 2011 Fiscal Year through June 8, 2011 | 1/2/2011 - 6/8/2011 |
| $45,322,108 | Gross Revenues for the 2010 Fiscal Year | 12/27/2009 - 1/1/2011 |
| $42,108,868 | Gross Revenues for the 2009 Fiscal Year | 12/28/2008 - 12/26/2009 |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 2. Income Other than from Employment or Operation of Business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of
the debtor's business during the two years immediately preceding the commencement of this case. Give
particulars.

None ☐

| AMOUNT | SOURCE | PERIOD |
|---|---|---|
| $    4,099 | Scrap Metal Sales | 1/2/11 - 5/28/2011 |
| $       800 | Sale of Various Fixed Assets | 1/2/11 - 5/28/2011 |
| $    4,606 | Scrap Metal Sales | 12/27/2009 - 1/1/2011 |
| $    1,467 | Scrap Metal Sales | 12/28/2008 - 12/26/2009 |

SOFA 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 3. Payments to Creditors

☐     a. List all payments on loans, installment purchases of goods or services, and other debts to any

None    creditor made within 90 days immediately preceding the commencement of this case unless the
aggregate value of all property that constitutes or is affected by such transfer is less than $600.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID |
|---|---|---|
| See attached | See attached | See attached |

☑     b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to

None    any creditor made within 90 days immediately preceding the commencement of the case unless
the aggregate value of all property that constitutes or is affected by such transfer is less than
$5,850.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID |
|---|---|---|
|  |  |  |

☑     c. All debtors: List all payments made within one year immediately preceding the

None    commencement of this case to or for the benefit of creditors who are or were insiders.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID |
|---|---|---|
|  |  |  |
|  |  |  |

| Creditor Name | Address | City, State & Zip | Date | Amount |
|---|---|---|---|---|
| ADP | PO BOX 7247-0372 | PHILADELPHIA, PA 19170-0372 | 4/1/2011 | $ 13,794 |
| ADVANCED WELDING INC. RUDY AR | 4802 OLIVER SPRING RD | RUDY, AR 72952 | 4/28/2011 | 10,382 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 3/16/2011 | 239,691 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 3/22/2011 | 259,939 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 3/25/2011 | 300,000 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 3/30/2011 | 6,564 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 3/30/2011 | 232,790 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 4/6/2011 | 100,000 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 4/6/2011 | 100,000 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 4/6/2011 | 269,156 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 4/7/2011 | 100,000 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 4/12/2011 | 7,454 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 5/12/2011 | 74,717 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 5/16/2011 | 200,000 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 5/18/2011 | 328,973 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 5/24/2011 | 275,244 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 5/25/2011 | 102,945 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 5/27/2011 | 250,000 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 5/31/2011 | 250,000 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 6/1/2011 | 302,268 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 6/2/2011 | 150,000 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 6/3/2011 | 349,500 |
| Allen Family Foods | 126 North Shipley Street | Seaford, DE 19973 | 6/8/2011 | 100,000 |
| Allen's Hatchery | 126 North Shipley Street | Seaford, DE 19973 | 3/30/2011 | 10,000 |
| Allen's Hatchery | 126 North Shipley Street | Seaford, DE 19973 | 5/18/2011 | 8,000 |
| Allen's Hatchery | 126 North Shipley Street | Seaford, DE 19973 | 6/6/2011 | 200,000 |
| AMICK FARMS, LLC ATLANTA GA | PO BOX 100215 | ATLANTA, GA 30384 | 3/17/2011 | 172,887 |
| AMICK FARMS, LLC ATLANTA GA | PO BOX 100215 | ATLANTA, GA 30384 | 3/24/2011 | 127,446 |
| AMICK FARMS, LLC ATLANTA GA | PO BOX 100215 | ATLANTA, GA 30384 | 3/31/2011 | 133,794 |
| AMICK FARMS, LLC ATLANTA GA | PO BOX 100215 | ATLANTA, GA 30384 | 4/7/2011 | 182,503 |
| AMICK FARMS, LLC ATLANTA GA | PO BOX 100215 | ATLANTA, GA 30384 | 4/14/2011 | 184,708 |
| AMICK FARMS, LLC ATLANTA GA | PO BOX 100215 | ATLANTA, GA 30384 | 4/21/2011 | 188,537 |
| AMICK FARMS, LLC ATLANTA GA | PO BOX 100215 | ATLANTA, GA 30384 | 4/28/2011 | 191,477 |
| AMICK FARMS, LLC ATLANTA GA | PO BOX 100215 | ATLANTA, GA 30384 | 5/5/2011 | 213,033 |
| AMICK FARMS, LLC ATLANTA GA | PO BOX 100215 | ATLANTA, GA 30384 | 5/13/2011 | 212,923 |
| AMICK FARMS, LLC ATLANTA GA | PO BOX 100215 | ATLANTA, GA 30384 | 5/19/2011 | 198,156 |
| AMICK FARMS, LLC ATLANTA GA | PO BOX 100215 | ATLANTA, GA 30384 | 5/26/2011 | 212,468 |
| ARIES CHEMICAL, INC. BEAVER FALLS NY | P.O. BOX 519 | BEAVER FALLS, NY 13305 | 3/24/2011 | 7,214 |
| ARIES CHEMICAL, INC. BEAVER FALLS NY | P.O. BOX 519 | BEAVER FALLS, NY 13305 | 3/31/2011 | 6,851 |
| ARIES CHEMICAL, INC. BEAVER FALLS NY | P.O. BOX 519 | BEAVER FALLS, NY 13305 | 4/14/2011 | 7,328 |
| ARIES CHEMICAL, INC. BEAVER FALLS NY | P.O. BOX 519 | BEAVER FALLS, NY 13305 | 4/21/2011 | 6,724 |

JCR Enterprises, Inc.
Payments to Creditors in the 90 Days Prior to Filing

| Creditor Name | Address | | City, State & Zip | Date | Amount |
|---|---|---|---|---|---|
| ARIES CHEMICAL, INC. BEAVER FALLS NY | P.O. BOX 519 | | BEAVER FALLS, NY 13305 | 4/28/2011 | 7,555 |
| ARIES CHEMICAL, INC. BEAVER FALLS NY | P.O. BOX 519 | | BEAVER FALLS, NY 13305 | 5/5/2011 | 6,772 |
| ART COLLINS TRUCKING LAUREL DE | 32932 WHALEY'S RD, STE 11 | | LAUREL, DE 19956 | 3/17/2011 | 4,940 |
| ART COLLINS TRUCKING LAUREL DE | 32932 WHALEY'S RD, STE 11 | | LAUREL, DE 19956 | 3/24/2011 | 5,980 |
| ART COLLINS TRUCKING LAUREL DE | 32932 WHALEY'S RD, STE 11 | | LAUREL, DE 19956 | 3/31/2011 | 4,160 |
| ART COLLINS TRUCKING LAUREL DE | 32932 WHALEY'S RD, STE 11 | | LAUREL, DE 19956 | 4/7/2011 | 4,680 |
| ART COLLINS TRUCKING LAUREL DE | 32932 WHALEY'S RD, STE 11 | | LAUREL, DE 19956 | 4/14/2011 | 4,680 |
| ART COLLINS TRUCKING LAUREL DE | 32932 WHALEY'S RD, STE 11 | | LAUREL, DE 19956 | 4/21/2011 | 5,720 |
| ART COLLINS TRUCKING LAUREL DE | 32932 WHALEY'S RD, STE 11 | | LAUREL, DE 19956 | 4/28/2011 | 5,980 |
| ART COLLINS TRUCKING LAUREL DE | 32932 WHALEY'S RD, STE 11 | | LAUREL, DE 19956 | 5/5/2011 | 4,420 |
| ART COLLINS TRUCKING LAUREL DE | 32932 WHALEY'S RD, STE 11 | | LAUREL, DE 19956 | 5/12/2011 | 5,200 |
| ART COLLINS TRUCKING LAUREL DE | 32932 WHALEY'S RD, STE 11 | | LAUREL, DE 19956 | 5/19/2011 | 4,160 |
| ART COLLINS TRUCKING LAUREL DE | 32932 WHALEY'S RD, STE 11 | | LAUREL, DE 19956 | 5/26/2011 | 3,900 |
| BEPEX INTERNATIONAL LLC MINNEAPOLIS MN | P.O. BOX 1450 | | MINNEAPOLIS, MN 55485-5511 | 3/24/2011 | 539 |
| BEPEX INTERNATIONAL LLC MINNEAPOLIS MN | P.O. BOX 1450 | | MINNEAPOLIS, MN 55485-5511 | 3/31/2011 | 5,432 |
| BEPEX INTERNATIONAL LLC MINNEAPOLIS MN | P.O. BOX 1450 | | MINNEAPOLIS, MN 55485-5511 | 5/12/2011 | 4,723 |
| BP ENVIRONMENTAL INC EASTON MD | 8615 COMMERCE DRIVE | UNIT ONE | EASTON, MD 21601 | 3/17/2011 | 2,592 |
| BP ENVIRONMENTAL INC EASTON MD | 8615 COMMERCE DRIVE | UNIT ONE | EASTON, MD 21601 | 3/24/2011 | 1,016 |
| BP ENVIRONMENTAL INC EASTON MD | 8615 COMMERCE DRIVE | UNIT ONE | EASTON, MD 21601 | 4/7/2011 | 2,424 |
| BP ENVIRONMENTAL INC EASTON MD | 8615 COMMERCE DRIVE | UNIT ONE | EASTON, MD 21601 | 5/26/2011 | 1,231 |
| CHERRY BOMB TRANSPORT FRANKFORD DE | PO BOX 213 | | FRANKFORD, DE 19945 | 3/17/2011 | 2,600 |
| CHERRY BOMB TRANSPORT FRANKFORD DE | PO BOX 213 | | FRANKFORD, DE 19945 | 3/24/2011 | 3,640 |
| CHERRY BOMB TRANSPORT FRANKFORD DE | PO BOX 213 | | FRANKFORD, DE 19945 | 3/31/2011 | 3,900 |
| CHERRY BOMB TRANSPORT FRANKFORD DE | PO BOX 213 | | FRANKFORD, DE 19945 | 4/7/2011 | 4,680 |
| CHERRY BOMB TRANSPORT FRANKFORD DE | PO BOX 213 | | FRANKFORD, DE 19945 | 4/14/2011 | 5,200 |
| CHERRY BOMB TRANSPORT FRANKFORD DE | PO BOX 213 | | FRANKFORD, DE 19945 | 4/21/2011 | 4,940 |
| CHERRY BOMB TRANSPORT FRANKFORD DE | PO BOX 213 | | FRANKFORD, DE 19945 | 4/28/2011 | 4,420 |
| CHERRY BOMB TRANSPORT FRANKFORD DE | PO BOX 213 | | FRANKFORD, DE 19945 | 5/5/2011 | 3,380 |
| CHERRY BOMB TRANSPORT FRANKFORD DE | PO BOX 213 | | FRANKFORD, DE 19945 | 5/12/2011 | 5,200 |
| CHERRY BOMB TRANSPORT FRANKFORD DE | PO BOX 213 | | FRANKFORD, DE 19945 | 5/19/2011 | 5,720 |
| CHERRY BOMB TRANSPORT FRANKFORD DE | PO BOX 213 | | FRANKFORD, DE 19945 | 5/26/2011 | 3,120 |
| CHOPTANK ELECTRIC DENTON MD | P.O. BOX 430 | | DENTON, MD 21629-0430 | 3/31/2011 | 98,814 |
| CHOPTANK ELECTRIC DENTON MD | P.O. BOX 430 | | DENTON, MD 21629-0430 | 4/21/2011 | 108,409 |
| CHOPTANK ELECTRIC DENTON MD | P.O. BOX 430 | | DENTON, MD 21629-0430 | 5/26/2011 | 102,592 |
| CONDOR TECHNOLOGIES CAMDEN DE | 110 NORTH MAIN ST | | CAMDEN, DE 19934 | 3/24/2011 | 6,889 |
| CONDOR TECHNOLOGIES CAMDEN DE | 110 NORTH MAIN ST | | CAMDEN, DE 19934 | 4/28/2011 | 6,889 |
| DELAWARE MOTOR CARRIER DOVER DE | PO DRAWER 7065 | | DOVER, DE 19903-7065 | 5/5/2011 | 30,110 |
| DUPPS COMPANY CHICAGO IL | 3656 SOLUTIONS CENTER | | CHICAGO, IL 60677-3006 | 3/24/2011 | 4,983 |
| DUPPS COMPANY CHICAGO IL | 3656 SOLUTIONS CENTER | | CHICAGO, IL 60677-3006 | 4/21/2011 | 6,422 |
| DUPPS COMPANY CHICAGO IL | 3656 SOLUTIONS CENTER | | CHICAGO, IL 60677-3006 | 5/12/2011 | 21,551 |
| ENVIRO-ORGANIC TECH. INC NEW WINDSOR MD | P.O. BOX 600 | | NEW WINDSOR, MD 21776 | 5/5/2011 | 57,999 |

JCR Enterprises, Inc.
Payments to Creditors in the 90 Days Prior to Filing

| Creditor Name | Address | City, State & Zip | Date | Amount |
|---|---|---|---|---|
| G&K SERVICES LAUREL MD | P.O. BOX 8 | LAUREL, MD 20707 | 3/17/2011 | 2,633 |
| G&K SERVICES LAUREL MD | P.O. BOX 8 | LAUREL, MD 20707 | 4/14/2011 | 1,835 |
| G&K SERVICES LAUREL MD | P.O. BOX 8 | LAUREL, MD 20707 | 5/12/2011 | 2,007 |
| HAARSLEV INC. KANSAS CITY MO | 9700 NW CONANT AVE. | KANSAS CITY, MO 64153 | 3/24/2011 | 24,430 |
| HAARSLEV INC. KANSAS CITY MO | 9700 NW CONANT AVE. | KANSAS CITY, MO 64153 | 4/7/2011 | 815 |
| HILL'S ELECTRIC MOTOR LINKWOOD MD | 3901 VINCENT DRIVE | LINKWOOD, MD 21835 | 3/17/2011 | 8,618 |
| HILL'S ELECTRIC MOTOR LINKWOOD MD | 3901 VINCENT DRIVE | LINKWOOD, MD 21835 | 4/14/2011 | 14,225 |
| HILL'S ELECTRIC MOTOR LINKWOOD MD | 3901 VINCENT DRIVE | LINKWOOD, MD 21835 | 5/12/2011 | 11,420 |
| HITCHENS TIRE SERVICE MILFORD DE | P.O. BOX 925 | MILFORD, DE 19963 | 4/14/2011 | 5,838 |
| HITCHENS TIRE SERVICE MILFORD DE | P.O. BOX 925 | MILFORD, DE 19963 | 5/12/2011 | 5,181 |
| HRP SHEET METAL AND FABRICATIOBRIDGEVILLE DE | 16750 OAK ROAD | BRIDGEVILLE, DE 19933 | 3/17/2011 | 51,003 |
| HRP SHEET METAL AND FABRICATIOBRIDGEVILLE DE | 16750 OAK ROAD | BRIDGEVILLE, DE 19933 | 3/24/2011 | 38,085 |
| HRP SHEET METAL AND FABRICATIOBRIDGEVILLE DE | 16750 OAK ROAD | BRIDGEVILLE, DE 19933 | 3/31/2011 | 38,479 |
| HRP SHEET METAL AND FABRICATIOBRIDGEVILLE DE | 16750 OAK ROAD | BRIDGEVILLE, DE 19933 | 4/7/2011 | 4,781 |
| HRP SHEET METAL AND FABRICATIOBRIDGEVILLE DE | 16750 OAK ROAD | BRIDGEVILLE, DE 19933 | 4/28/2011 | 9,200 |
| HRP SHEET METAL AND FABRICATIOBRIDGEVILLE DE | 16750 OAK ROAD | BRIDGEVILLE, DE 19933 | 5/5/2011 | 23,060 |
| HRP SHEET METAL AND FABRICATIOBRIDGEVILLE DE | 16750 OAK ROAD | BRIDGEVILLE, DE 19933 | 5/19/2011 | 11,400 |
| HRP SHEET METAL AND FABRICATIOBRIDGEVILLE DE | 16750 OAK ROAD | BRIDGEVILLE, DE 19933 | 5/26/2011 | 9,180 |
| HRP SHEET METAL AND FABRICATIOBRIDGEVILLE DE | 16750 OAK ROAD | BRIDGEVILLE, DE 19933 | 6/6/2011 | 53,129 |
| INTERCOASTAL TRADING INC SECRETARY MD | PO BOX 430 | SECRETARY, MD 21664 | 3/24/2011 | 2,108 |
| INTERCOASTAL TRADING INC SECRETARY MD | PO BOX 430 | SECRETARY, MD 21664 | 3/31/2011 | 3,454 |
| INTERCOASTAL TRADING INC SECRETARY MD | PO BOX 430 | SECRETARY, MD 21664 | 4/7/2011 | 1,808 |
| INTERCOASTAL TRADING INC SECRETARY MD | PO BOX 430 | SECRETARY, MD 21664 | 4/21/2011 | 5,899 |
| INTERCOASTAL TRADING INC SECRETARY MD | PO BOX 430 | SECRETARY, MD 21664 | 4/28/2011 | 6,542 |
| INTERCOASTAL TRADING INC SECRETARY MD | PO BOX 430 | SECRETARY, MD 21664 | 5/5/2011 | 3,433 |
| INTERCOASTAL TRADING INC SECRETARY MD | PO BOX 430 | SECRETARY, MD 21664 | 5/12/2011 | 3,172 |
| INTERCOASTAL TRADING INC SECRETARY MD | PO BOX 430 | SECRETARY, MD 21664 | 5/19/2011 | 3,793 |
| INTERCOASTAL TRADING INC SECRETARY MD | PO BOX 430 | SECRETARY, MD 21664 | 5/26/2011 | 3,212 |
| KANE SUPPLY CORP BALTIMORE MD | 1200 S. EAST AVE | BALTIMORE, MD 21224 | 3/24/2011 | 1,020 |
| KANE SUPPLY CORP BALTIMORE MD | 1200 S. EAST AVE | BALTIMORE, MD 21224 | 4/21/2011 | 1,725 |
| KANE SUPPLY CORP BALTIMORE MD | 1200 S. EAST AVE | BALTIMORE, MD 21224 | 5/12/2011 | 1,745 |
| KANE SUPPLY CORP BALTIMORE MD | 1200 S. EAST AVE | BALTIMORE, MD 21224 | 5/26/2011 | 1,610 |
| LEWIS SECURITY EAST NEW MARKET MD | 5854 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | 3/17/2011 | 630 |
| LEWIS SECURITY EAST NEW MARKET MD | 5854 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | 3/24/2011 | 645 |
| LEWIS SECURITY EAST NEW MARKET MD | 5854 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | 3/31/2011 | 645 |
| LEWIS SECURITY EAST NEW MARKET MD | 5854 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | 4/7/2011 | 645 |
| LEWIS SECURITY EAST NEW MARKET MD | 5854 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | 4/14/2011 | 645 |
| LEWIS SECURITY EAST NEW MARKET MD | 5854 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | 4/21/2011 | 645 |
| LEWIS SECURITY EAST NEW MARKET MD | 5854 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | 4/28/2011 | 645 |
| LEWIS SECURITY EAST NEW MARKET MD | 5854 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | 5/5/2011 | 645 |
| LEWIS SECURITY EAST NEW MARKET MD | 5854 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | 5/12/2011 | 645 |

| Creditor Name | Address | City, State & Zip | Date | Amount |
|---|---|---|---|---|
| LEWIS SECURITY EAST NEW MARKET MD | 5854 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | 5/19/2011 | 645 |
| LEWIS SECURITY EAST NEW MARKET MD | 5854 THOMPSONTOWN RD | EAST NEW MARKET, MD 21631 | 5/26/2011 | 645 |
| MARYLAND CHILD SUPPORT BALTIMORE MD | PO BOX 17396 | BALTIMORE, MD 21297-1396 | 3/17/2011 | 874 |
| MARYLAND CHILD SUPPORT BALTIMORE MD | PO BOX 17396 | BALTIMORE, MD 21297-1396 | 3/24/2011 | 381 |
| MARYLAND CHILD SUPPORT BALTIMORE MD | PO BOX 17396 | BALTIMORE, MD 21297-1396 | 3/31/2011 | 545 |
| MARYLAND CHILD SUPPORT BALTIMORE MD | PO BOX 17396 | BALTIMORE, MD 21297-1396 | 4/7/2011 | 359 |
| MARYLAND CHILD SUPPORT BALTIMORE MD | PO BOX 17396 | BALTIMORE, MD 21297-1396 | 4/14/2011 | 503 |
| MARYLAND CHILD SUPPORT BALTIMORE MD | PO BOX 17396 | BALTIMORE, MD 21297-1396 | 4/21/2011 | 413 |
| MARYLAND CHILD SUPPORT BALTIMORE MD | PO BOX 17396 | BALTIMORE, MD 21297-1396 | 4/28/2011 | 577 |
| MARYLAND CHILD SUPPORT BALTIMORE MD | PO BOX 17396 | BALTIMORE, MD 21297-1396 | 5/5/2011 | 413 |
| MARYLAND CHILD SUPPORT BALTIMORE MD | PO BOX 17396 | BALTIMORE, MD 21297-1396 | 5/12/2011 | 590 |
| MARYLAND CHILD SUPPORT BALTIMORE MD | PO BOX 17396 | BALTIMORE, MD 21297-1396 | 5/19/2011 | 539 |
| MARYLAND CHILD SUPPORT BALTIMORE MD | PO BOX 17396 | BALTIMORE, MD 21297-1396 | 5/26/2011 | 703 |
| MOUNTAIRE FARMS INC. SELBYVILLE DE | PO BOX 520 | SELBYVILLE, DE 19975 | 3/17/2011 | 279,164 |
| MOUNTAIRE FARMS INC. SELBYVILLE DE | PO BOX 520 | SELBYVILLE, DE 19975 | 3/24/2011 | 284,736 |
| MOUNTAIRE FARMS INC. SELBYVILLE DE | PO BOX 520 | SELBYVILLE, DE 19975 | 3/31/2011 | 278,799 |
| MOUNTAIRE FARMS INC. SELBYVILLE DE | PO BOX 520 | SELBYVILLE, DE 19975 | 4/7/2011 | 302,842 |
| MOUNTAIRE FARMS INC. SELBYVILLE DE | PO BOX 520 | SELBYVILLE, DE 19975 | 4/14/2011 | 316,326 |
| MOUNTAIRE FARMS INC. SELBYVILLE DE | PO BOX 520 | SELBYVILLE, DE 19975 | 4/21/2011 | 311,011 |
| MOUNTAIRE FARMS INC. SELBYVILLE DE | PO BOX 520 | SELBYVILLE, DE 19975 | 4/28/2011 | 311,858 |
| MOUNTAIRE FARMS INC. SELBYVILLE DE | PO BOX 520 | SELBYVILLE, DE 19975 | 5/5/2011 | 291,222 |
| MOUNTAIRE FARMS INC. SELBYVILLE DE | PO BOX 520 | SELBYVILLE, DE 19975 | 5/12/2011 | 326,749 |
| MOUNTAIRE FARMS INC. SELBYVILLE DE | PO BOX 520 | SELBYVILLE, DE 19975 | 5/19/2011 | 319,482 |
| MOUNTAIRE FARMS INC. SELBYVILLE DE | PO BOX 520 | SELBYVILLE, DE 19975 | 5/26/2011 | 330,550 |
| NEW JERSEY FEED LAB INC. TRENTON NJ | P.O. BOX 06650 | TRENTON, NJ 8650 | 4/7/2011 | 3,735 |
| NEW JERSEY FEED LAB INC. TRENTON NJ | P.O. BOX 06650 | TRENTON, NJ 8650 | 5/5/2011 | 2,133 |
| NOVUS INTERNATIONAL, INC CHICAGO IL | 3526 PAYSPHERE CIRCLE | CHICAGO, IL 60674-3526 | 3/17/2011 | 9,374 |
| PEPCO ENERGY SERVICES - GAS BALTIMORE MD | P.O. BOX 75607 | BALTIMORE, MD 21275-5607 | 3/24/2011 | 302,956 |
| PEPCO ENERGY SERVICES - GAS BALTIMORE MD | P.O. BOX 75607 | BALTIMORE, MD 21275-5607 | 4/28/2011 | 221,559 |
| PEP-UP GEORGETOWN DE | PO BOX 556 | GEORGETOWN, DE 19947-0556 | 3/24/2011 | 39,092 |
| PEP-UP GEORGETOWN DE | PO BOX 556 | GEORGETOWN, DE 19947-0556 | 3/31/2011 | 33,578 |
| PEP-UP GEORGETOWN DE | PO BOX 556 | GEORGETOWN, DE 19947-0556 | 4/7/2011 | 655 |
| PEP-UP GEORGETOWN DE | PO BOX 556 | GEORGETOWN, DE 19947-0556 | 4/14/2011 | 32,391 |
| PEP-UP GEORGETOWN DE | PO BOX 556 | GEORGETOWN, DE 19947-0556 | 4/21/2011 | 1,173 |
| PEP-UP GEORGETOWN DE | PO BOX 556 | GEORGETOWN, DE 19947-0556 | 4/28/2011 | 29,317 |
| PEP-UP GEORGETOWN DE | PO BOX 556 | GEORGETOWN, DE 19947-0556 | 5/5/2011 | 31,921 |
| PEP-UP GEORGETOWN DE | PO BOX 556 | GEORGETOWN, DE 19947-0556 | 5/19/2011 | 1,226 |
| PEP-UP GEORGETOWN DE | PO BOX 556 | GEORGETOWN, DE 19947-0556 | 5/26/2011 | 27,811 |
| PERDUE FATS & PROTEINS PITTSBURG PA | P.O. BOX 200603 | PITTSBURG, PA 15251-0603 | 4/21/2011 | 41,322 |
| POWERHOUSE EQUIPMENT DELANCO NJ | P.O. BOX 5486 | DELANCO, NJ 8075 | 5/12/2011 | 74,755 |
| PRO WAND POWER WASHING EAST NEW MARKET MD | 5549 MT. HOLLY RD | EAST NEW MARKET, MD 21631 | 3/17/2011 | 1,400 |

JCR Enterprises, Inc.
Payments to Creditors in the 90 Days Prior to Filing

| Creditor Name | Address | City, State & Zip | Date | Amount |
|---|---|---|---|---|
| PRO WAND POWER WASHING EAST NEW MARKET MD | 5549 MT. HOLLY RD | EAST NEW MARKET, MD 21631 | 3/24/2011 | 1,150 |
| PRO WAND POWER WASHING EAST NEW MARKET MD | 5549 MT. HOLLY RD | EAST NEW MARKET, MD 21631 | 3/31/2011 | 2,743 |
| PRO WAND POWER WASHING EAST NEW MARKET MD | 5549 MT. HOLLY RD | EAST NEW MARKET, MD 21631 | 4/7/2011 | 2,305 |
| PRO WAND POWER WASHING EAST NEW MARKET MD | 5549 MT. HOLLY RD | EAST NEW MARKET, MD 21631 | 4/14/2011 | 2,532 |
| PRO WAND POWER WASHING EAST NEW MARKET MD | 5549 MT. HOLLY RD | EAST NEW MARKET, MD 21631 | 4/21/2011 | 1,818 |
| PRO WAND POWER WASHING EAST NEW MARKET MD | 5549 MT. HOLLY RD | EAST NEW MARKET, MD 21631 | 4/28/2011 | 1,495 |
| PRO WAND POWER WASHING EAST NEW MARKET MD | 5549 MT. HOLLY RD | EAST NEW MARKET, MD 21631 | 5/5/2011 | 2,638 |
| PRO WAND POWER WASHING EAST NEW MARKET MD | 5549 MT. HOLLY RD | EAST NEW MARKET, MD 21631 | 5/12/2011 | 2,289 |
| PRO WAND POWER WASHING EAST NEW MARKET MD | 5549 MT. HOLLY RD | EAST NEW MARKET, MD 21631 | 5/19/2011 | 1,995 |
| PRO WAND POWER WASHING EAST NEW MARKET MD | 5549 MT. HOLLY RD | EAST NEW MARKET, MD 21631 | 5/26/2011 | 1,657 |
| R.D. GRIER SALISBURY MD | P.O. BOX 2257 | SALISBURY, MD 21802-2257 | 3/17/2011 | 5,744 |
| R.D. GRIER SALISBURY MD | P.O. BOX 2257 | SALISBURY, MD 21802-2257 | 3/24/2011 | 2,368 |
| R.D. GRIER SALISBURY MD | P.O. BOX 2257 | SALISBURY, MD 21802-2257 | 3/31/2011 | 6,049 |
| R.D. GRIER SALISBURY MD | P.O. BOX 2257 | SALISBURY, MD 21802-2257 | 4/7/2011 | 3,033 |
| R.D. GRIER SALISBURY MD | P.O. BOX 2257 | SALISBURY, MD 21802-2257 | 4/14/2011 | 180 |
| R.D. GRIER SALISBURY MD | P.O. BOX 2257 | SALISBURY, MD 21802-2257 | 4/28/2011 | 2,544 |
| R.D. GRIER SALISBURY MD | P.O. BOX 2257 | SALISBURY, MD 21802-2257 | 5/5/2011 | 2,381 |
| R.D. GRIER SALISBURY MD | P.O. BOX 2257 | SALISBURY, MD 21802-2257 | 5/19/2011 | 1,318 |
| R.D. GRIER SALISBURY MD | P.O. BOX 2257 | SALISBURY, MD 21802-2257 | 5/26/2011 | 1,598 |
| REIT LUBRICANTS NOTTINGHAM PA | 15 SYLMAR RD | NOTTINGHAM, PA 19362 | 3/24/2011 | 3,616 |
| REIT LUBRICANTS NOTTINGHAM PA | 15 SYLMAR RD | NOTTINGHAM, PA 19362 | 5/12/2011 | 6,450 |
| ROTECH INDUSTRIAL, INC. BRIDGEVILLE DE | 7503 FEDERALSBURG RD | BRIDGEVILLE, DE 19933 | 3/17/2011 | 3,216 |
| ROTECH INDUSTRIAL, INC. BRIDGEVILLE DE | 7503 FEDERALSBURG RD | BRIDGEVILLE, DE 19933 | 3/24/2011 | 460 |
| ROTECH INDUSTRIAL, INC. BRIDGEVILLE DE | 7503 FEDERALSBURG RD | BRIDGEVILLE, DE 19933 | 3/31/2011 | 1,732 |
| ROTECH INDUSTRIAL, INC. BRIDGEVILLE DE | 7503 FEDERALSBURG RD | BRIDGEVILLE, DE 19933 | 4/21/2011 | 1,344 |
| ROTECH INDUSTRIAL, INC. BRIDGEVILLE DE | 7503 FEDERALSBURG RD | BRIDGEVILLE, DE 19933 | 4/28/2011 | 270 |
| ROTECH INDUSTRIAL, INC. BRIDGEVILLE DE | 7503 FEDERALSBURG RD | BRIDGEVILLE, DE 19933 | 5/5/2011 | 250 |
| ROTECH INDUSTRIAL, INC. BRIDGEVILLE DE | 7503 FEDERALSBURG RD | BRIDGEVILLE, DE 19933 | 5/12/2011 | 465 |
| ROTECH INDUSTRIAL, INC. BRIDGEVILLE DE | 7503 FEDERALSBURG RD | BRIDGEVILLE, DE 19933 | 5/26/2011 | 1,946 |
| SPECIALTY INDUSTRIAL CUMMING GA | P.O. BOX 2396 | CUMMING, GA 30028 | 4/7/2011 | 3,240 |
| SPECIALTY INDUSTRIAL CUMMING GA | P.O. BOX 2396 | CUMMING, GA 30028 | 5/19/2011 | 3,240 |
| STEFCORP, LLC SALISBURY MD | 30110 SOUTHAMPTON BRDG | SALISBURY, MD 21804 | 3/24/2011 | 3,010 |
| STEFCORP, LLC SALISBURY MD | 30110 SOUTHAMPTON BRDG | SALISBURY, MD 21804 | 4/7/2011 | 2,310 |
| STEFCORP, LLC SALISBURY MD | 30110 SOUTHAMPTON BRDG | SALISBURY, MD 21804 | 4/21/2011 | 2,875 |
| STEFCORP, LLC SALISBURY MD | 30110 SOUTHAMPTON BRDG | SALISBURY, MD 21804 | 5/5/2011 | 2,669 |
| STEFCORP, LLC SALISBURY MD | 30110 SOUTHAMPTON BRDG | SALISBURY, MD 21804 | 5/19/2011 | 2,800 |
| SUNRISE CORPORATION BUTLER KY | 133 INDUSTRRIAL RD | BUTLER, KY 41006 | 3/17/2011 | 2,571 |
| SUNRISE CORPORATION BUTLER KY | 133 INDUSTRRIAL RD | BUTLER, KY 41006 | 3/31/2011 | 4,166 |
| T.E. COLLINS HURLOCK MD | 4342 WADDELLS CORNER | HURLOCK, MD 21643 | 3/17/2011 | 4,900 |
| T.E. COLLINS HURLOCK MD | 4342 WADDELLS CORNER | HURLOCK, MD 21643 | 3/24/2011 | 4,060 |
| T.E. COLLINS HURLOCK MD | 4342 WADDELLS CORNER | HURLOCK, MD 21643 | 3/31/2011 | 1,855 |

**JCR Enterprises, Inc.**
**Payments to Creditors in the 90 Days Prior to Filing**

| Creditor Name | Address | City, State & Zip | Date | Amount |
|---|---|---|---|---|
| T.E. COLLINS HURLOCK MD | 4342 WADDELLS CORNER | HURLOCK, MD 21643 | 4/28/2011 | 280 |
| T.E. COLLINS HURLOCK MD | 4342 WADDELLS CORNER | HURLOCK, MD 21643 | 5/19/2011 | 1,120 |
| T.E. COLLINS HURLOCK MD | 4342 WADDELLS CORNER | HURLOCK, MD 21643 | 5/26/2011 | 1,190 |
| UNITED ELECTRIC SUPPLY PHILADELPHIA PA | P.O. BOX 8500-6340 | PHILADELPHIA, PA 19178-6340 | 4/7/2011 | 3,282 |
| UNITED ELECTRIC SUPPLY PHILADELPHIA PA | P.O. BOX 8500-6340 | PHILADELPHIA, PA 19178-6340 | 5/5/2011 | 6,204 |
| UTILITY/EASTERN SHORE BRIDGEVILLE DE | P.O. BOX 159 | BRIDGEVILLE, DE 19933 | 4/7/2011 | 12,938 |
| UTILITY/EASTERN SHORE BRIDGEVILLE DE | P.O. BOX 159 | BRIDGEVILLE, DE 19933 | 5/5/2011 | 5,851 |
| WARNER BIRCKHEAD CONST. COLONIAL BEACH VA | 131 SIXTH ST. | COLONIAL BEACH, VA 22443 | 3/24/2011 | 3,460 |
| WARNER BIRCKHEAD CONST. COLONIAL BEACH VA | 131 SIXTH ST. | COLONIAL BEACH, VA 22443 | 4/7/2011 | 6,200 |
| WASTE MGMT. OF DELMARVA PHILADELPHIA PA | P.O. BOX 13648 | PHILADELPHIA, PA 19101-3648 | 3/24/2011 | 1,515 |
| WASTE MGMT. OF DELMARVA PHILADELPHIA PA | P.O. BOX 13648 | PHILADELPHIA, PA 19101-3648 | 4/14/2011 | 1,666 |
| WASTE MGMT. OF DELMARVA PHILADELPHIA PA | P.O. BOX 13648 | PHILADELPHIA, PA 19101-3648 | 4/28/2011 | 1,586 |
| WASTE MGMT. OF DELMARVA PHILADELPHIA PA | P.O. BOX 13648 | PHILADELPHIA, PA 19101-3648 | 5/12/2011 | 2,087 |
| WASTE MGMT. OF DELMARVA PHILADELPHIA PA | P.O. BOX 13648 | PHILADELPHIA, PA 19101-3648 | 5/26/2011 | 1,466 |
| WILMINGTON TRUST CO. WILMINGTON DE | 1100 NORTH MARKET ST | WILMINGTON, DE 19890-0001 | 4/7/2011 | 21,570 |
| | | | | $ 11,613,673 |

## 4.  Suits and Administrative Proceedings, Executions, Garnishments and Attachments

None ☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

None ☑

b.  Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

SOFA 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 5. Repossession, Foreclosures and Returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE, SALE, TRANSFER, OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
|  |  |  |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 6. Assignments and Receiverships

None ☑    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
|  |  |  |

None ☑    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official
within one year immediately preceding the commencement of this case.

| NAME AND ADDRESSES OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
|  |  |  |  |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 8. Losses

None ☑    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
commencement of this case or since the commencement of this case.

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND IF LOSS WAS RECOVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
|  |  |  |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 9. Payments Related to Debt Counseling or Bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

None ☑

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Reference is made to Statement of Financial Affair Question 9 for Allen Family Foods, Inc. | | |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 10. Other Transfers

None ☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | | |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 11. Closed Financial Accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE |
|---|---|
|  |  |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 12. Safe Deposit Boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

| NAME AND ADDRESSES OF BANK OR OTHER DESPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| | | | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
|  |  |  |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 14.  Property Held for Another Person

None  ☑        List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
|  |  |  |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 15. Prior Address of Debtor

None ☑

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

| ADDRESS | NAME USED | DATE OF OCCUPANCY |
|---------|-----------|-------------------|
|         |           |                   |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

None ☑

| NAME |
| --- |
|  |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil;, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
|  |  |  |  |

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
|  |  |  |  |

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
|  |  |  |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 18. Nature, Location and Name of Business

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

None ☑

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|------|---------|--------------------|------------------------------------------|
|      |         |                    |                                          |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 19. Books, Records and Financial Statements

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of the books.

| NAME AND ADDRESS | TITLE | DATES SERVICES RENDERED | | |
|---|---|---|---|---|
| Brian Hildreth 126 N. Shipley St. Seaford, DE 19973 | VP of Finance | 3/1/99 | - | Present |
| Joseph M. Nadel 126 N. Shipley St., Seaford, DE 19973 | Director of Corporate Accounting | 6/2/05 | - | Present |
| Cheryl Heckard 126 N. Shipley St., Seaford, DE 19973 | General Ledger Accountant | 1/1/87 | - | Present |
| Dana Ketterman 126 N. Shipley St., Seaford, DE 19973 | Fixed Asset Acct./Office Manager | 3/8/99 | - | 5/31/11 |
| Scott Linder 126 N. Shipley St., Seaford, DE 19973 | Operations Accounting Manager | 8/2/07 | - | Present |
| Wyatt Lowe 126 N. Shipley St., Seaford, DE 19973 | General Ledger Accountant/Cost Accounting Manager | 6/1/03 | - | Present |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 19. Books, Records and Financial Statements

b. List all firms or individuals who within the two years immediately preceding the filing
of this bankruptcy case have audited the books of account and records, or prepared a
financial statement of the debtor.

| NAME AND ADDRESS | TITLE | DATES SERVICES RENDERED | | |
|---|---|---|---|---|
| Faw, Casson and Co., LLP 160 Greentree Ste 103, Dover, DE 19904 | CPA Firm (Lisa Hastings, CPA - Partner) | 1987 | - | Present |

## 19. Books, Records and Financial Statements

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS | TITLE | DATES SERVICES RENDERED | | |
|---|---|---|---|---|
| Brian Hildreth 126 N. Shipley St. Seaford, DE 19973 | VP of Finance | 3/1/99 | - | Present |
| Joseph M. Nadel 126 N. Shipley St., Seaford, DE 19973 | Director of Corporate Accounting | 6/2/05 | - | Present |
| Cheryl Heckard 126 N. Shipley St., Seaford, DE 19973 | General Ledger Accountant | 1/1/87 | - | Present |
| Scott Linder 126 N. Shipley St., Seaford, DE 19973 | Operations Accounting Manager | 8/2/07 | - | Present |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

**19. Books, Records and Financial Statements**

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by a debtor.

None ☐

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Wilmington Trust Company<br>509 West Stein Highway<br>Seaford, Delaware 19973 | 5/7/09, 4/29/10 |
| MidAtlantic Farm Credit<br>P.O. Box 570<br>Georgetown, Delaware 19947 | 5/7/09, 4/29/10 |
| Delaware Economic Development Office<br>911 Kings Highway<br>Dover, Delaware 19901 | 5/4/10 |
| Liberty Mutual Group<br>P.O. Box 7247-0109<br>Philadelphia, Pennsylvania 19170-0109 | 5/7/09, 4/29/10 |
| Rabobank International<br>1180 Peachtree Street, Ste 2200<br>Atlanta, GA 30309 | 12/11/09 |
| Charles C. Allen<br>126 North Shipley Street<br>Seaford, Delaware 19973 | 5/7/09, 4/29/10 |
| Warren L. Allen, Jr.<br>126 North Shipley Street<br>Seaford, Delaware 19973 | 5/7/09, 4/29/10 |
| Greater South Insurance<br>P.O. Box 6771<br>Columbia, South Carolina 29260-6771 | 5/7/09, 5/4/10 |
| Chubb Insurance Co.<br>15 Mountain View Mail Stop #E100<br>Warren, New Jersey 07059 | 9/1/09, 9/1/10 |
| Travelers Insurance Co.<br>91287 Collections Center<br>Chicago, Illinois 60693-1287 | 9/1/09, 9/1/10 |
| Aon Risk Services, Inc.<br>P.O. BOX 7247-7376<br>Philadelphia, Pennsylvania 19170-7376 | 9/1/09, 9/1/10 |
| Farm Credit Leasing<br>P.O. BOX 1450<br>MINNEAPOLIS | 5/7/09, 4/29/10 |
| PHH ARVAL<br>15355 Collections Center Drive<br>Chicago, Illinois 60693 | 4/29/10 |
| Maryland Department of Business & Economic Development<br>401 East Pratt Street<br>Baltimore, Maryland 21202-3316 | 5/4/10 |

SOFA 19D

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

| | |
|---|---|
| BMO Capital Markets<br>115 South La Salle Street<br>Chicago, Illinois 60603 | 4/7/10 |
| Harim<br>8th Nongsusan Homshopping Bldg, Sampyung-dong,<br>Bundag-gu Seongnam-si, Gyeonggi-Do<br>South Korea | 4/7/10 |
| Omtron<br>22855 Dupont Blvd<br>Georgetown, DE 19947 | 4/7/10 |
| Mountaire<br>P.O. Box 1320<br>Millsboro, DE 19966 | 4/7/10 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 20. Inventories

None ☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| 5/28/2011 | Ernie Wroten | $ 574,103.79 |
| 6/4/2011 | | $ 594,879.87 |

None ☐

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 5/28/2011 | Ernie Wroten |
| 6/4/2011 | Ernie Wroten |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
|  |  |  |

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls or holds 5 percent or more of the voting securities of the corporation.

| OFFICER'S NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK |
|---|---|---|
| John R. Allen Jr Marital Trust<br>FBO Susan Allen<br>227 North Nylon Blvd<br>Seaford, DE 19973 | n/a | 33.33%<br>100 shares |
| CCA III & WLA Jr U/V/T/A dated 12/1/08<br>Trust FBO Charles C Allen III<br>55 Rivers End<br>Seaford, DE 19973 | Chairman of the Board | 33.33%<br>100 shares |
| CCA III & WLA Jr U/V/T/A dated 12/1/08<br>Trust FBO Warren L Allen Jr<br>126 N. Shipley Street<br>Seaford, DE 19973 | Vice President | 33.34%<br>100 shares |

## 22. Former Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|
|      |         |                    |

None ☐

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Warren L Allen Sr | Owner & Officer | November 2010 (deceased) |

## 23. Withdrawals from a Partnership or Distributions by a Corporation

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| OFFICER'S NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Please refer to Statement of Financial Affairs Question 3c** | | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 24. Tax Consolidation Group

None ☑

List the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| PARENT CORPORATION | FEDERAL TAX ID NUMBER | CONSOLIDATED GROUP |
|---|---|---|
|  |  |  |

In re: JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

## 25. Pension Funds

List the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

None ☐

| NAME | FEDERAL TAX ID NUMBER |
|------|----------------------|
| JCR Enterprises, Inc. Defined Benefit Union Plan | 51-0418322 |

JCR Enterprises, Inc.
Case No. 11-11766 (KJC)

[If completed on behalf of a partnership or corporation]

I declare under penalty of perjury that I have read the answers contained in the foregoing
statement of financial affairs and any attachments thereto and that they are true and correct

Date: July 11, 2011          Signature

Brian G. Hildreth
Vice President of Finance and Secretary-Treasurer