# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Allen Family Foods, Inc., *et al.*,<br><br>Debtors. | Case No. 11-11764 (KJC)<br><br>Chapter 11<br><br>(JOINTLY ADMINISTRERED)<br><br>HEARING DATE JULY 27, 2011 11:00AM<br><br>OBJECTION DDL JULY 20, 2011 4:00PM<br><br>RELATED DOCKET NOS.36, 83 &103 |

**LIMITED OBJECTION OF MIDATLANTIC FARM CREDIT, ACA TO THE DEBTORS' MOTION FOR ORDERS: (A)(I) APPROVING BID PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (II) SCHEUDLING HEARING TO CONSIDER SALE; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) APPROVING BREAK-UP FEE AND EXPENSE REIMBURSEMENT PROVISIONS; (B)(I) AUTHORIZING AND APPROVING SALE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (II) APPROVING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS; AND (C) GRANTING RELATED RELIEF**

MidAtlantic Farm Credit, ACA ("MAFC"), for itself and as the agent/nominee for the lenders who made senior prepetition secured loans to the Debtors (the "Pre-Petition Loans") and who have made post-petition loans to the Debtors under a post-petition credit facility authorized by Orders of the Court (the "DIP Loan"), makes this limited objection to the Debtors' Motion for Orders: (A)(I) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (II) Scheduling Hearing to Consider Sale; (III) Approving Form and Manner of Notice Thereof; and (IV) Approving Break-Up Fee and Expense Reimbursement Provisions; (B)(I) Authorizing

and Approving Sale Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Approving Assumption and Assignment of Executory Contracts; and (C) Granting Related Relief (the "Sale Motion"), to protect and preserve its rights with regard to (i) the sale of the Excluded Assets (as defined in Schedule 1.1 of the Asset Purchase Agreement attached to the Sale Motion as Exhibit A); (ii) the distribution of the proceeds of sale of property securing the Prepetition Loans and the DIP Loan; and (iii) a future repayment obligation of the Debtors' workers compensation insurer with regard to funds it is holding to cover payment of claims, which repayment obligation should not be a part of any sale proposed in the Sale Motion. In this regard, MAFC would show to the Court that:

1. In the Sale Motion, the Debtors seek authorization for (a) the sale of a substantial portion, but not substantially all, of the Debtors' assets pursuant to the proposed Asset Purchase Agreement ("APA") of Seaford Milling Company ("Seaford"), and (b) the sale of the Debtors' other assets (defined as the "Excluded Assets" in the Seaford APA) if the Debtors receive an acceptable offer(s) for those assets.

2. MAFC objects to any sale of the Excluded Assets proposed without MAFC's consent, to the extent the proceeds from such sale, or sales in the aggregate, will be insufficient to fully satisfy the indebtedness due under the Prepetition Loans.

3. MAFC objects to the sale of any of the assets securing the indebtedness under the Prepetition Loans, to the extent that the sale provides, without MAFC's consent, for a distribution of proceeds of MAFC collateral to creditors or parties

other than MAFC without full payment of the DIP Loan and the Prepetition Loans. MAFC is informed and believes that the Sale Motion does not propose that the sale proceeds of MAFC's collateral be paid to other creditors or parties, except as specifically agreed by MAFC.

4. MAFC objects to any sale of assets under the Sale Motion which would include the funds (the "Funds") held by the Debtors' workers compensation insurer (the "Insurer") for payment of claims and performance of other obligations due to the Insurer under its contract(s) with the Debtors. The Funds were derived from a letter of credit securing the Insurer which was provided by MAFC pursuant to the provisions of the Prepetition Loans. MAFC is informed and believes that, pursuant to its contract, the Insurer is entitled to hold and use the Funds and apply them in the payment of claims and expenses, to the extent necessary or appropriate, with the unused portion of the Funds to be returned to the Debtors and/or MAFC. MAFC holds a perfected security interest and lien on the Funds and the right to the remittance of the unused potion of them. MAFC is informed and believes that Seaford does not intend that the right to the return of the unused portion of the Funds is to be included in the assets it is purchasing; however, language in the Seaford APA could be construed to include the Debtors' rights and interest in the Funds. Accordingly, MAFC makes this objection to assure that the funds are not included in the sale.

5. Pursuant to 11 U.S.C. § 363(f), property may be sold free and clear of a lien or interest only if one of the conditions under §§ 363(f)(1) – (5) is satisfied.

In this case, the property securing the DIP Loan can be sold free and clear of the liens securing the DIP Loan only if the DIP Loan is paid in full, and the property securing the Prepetition Loans can be sold free and clear of the mortgages, security interests, assignments and liens securing the Prepetition Loans only if the sale proceeds are sufficient to fully pay the Prepetition Loans or MAFC consents to the sale.

WHEREFORE, MAFC prays that the Court: (A) deny authorization for any proposed sale of assets of the Debtors which does not fully pay the DIP Loan; (B) deny authorization of any sale of assets securing the Prepetition Loans (i) which does not fully pay the indebtedness owed under the Prepetition Loans, or (ii) to which MAFC does not consent; and (C) grant such other and further relief to MAFC as the Court may deem just and proper in this case.

| | |
|---|---|
| | /s/ Joseph J. Bodnar |
| | Joseph J. Bodnar, Esquire (DE #2512) |
| | LAW OFFICES OF JOSEPH J. BODNAR |
| | Post Office Box 1022 |
| | Wilmington, DE  19899-1022 |
| | Telephone:  302-449-4572 |
| July 20, 2011 | Facsimile:    302-397-2093 |
| Wilmington, Delaware | E-Mail:  jbodnar@bodnarlaw.net |
| | |
| | Julio E. Mendoza, Jr. (I.D. No. 3365) |
| | Nexsen Pruet, LLC |
| | 1230 Main Street, Suite 700 (29201) |
| | Post Office Drawer 2426 |
| | Columbia, SC 29202 |
| | (803) 771-8900 |
| | Facsimile (803) 253-8277 |
| | |
| | Attorneys for |
| | MidAtlantic Farm Credit, ACA |