# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLEN FAMILY FOODS INC., *et al.*,[1] | Case No. 11-11764 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON JULY 27, 2011 AT 11:00 A.M. (ET)

## UNCONTESTED MATTERS WITH CERTIFICATIONS:

1. Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Authorizing the Rejection of an Employment Agreement with Harry S. Schwartz Effective as of July 6, 2011 [Docket No. 135, 7/6/11]

    Response Deadline:          July 20, 2011 at 4:00 p.m. (ET)

    Responses Received:         None to date.

    Related Documents:

        A.    Certificate of No Objection [Docket No. 199, 7/25/11]

        B.    Proposed Order

    Status: A certificate of no objection has been filed. The order may be entered without further notice or hearing.

## MATTER GOING FORWARD:

2. Debtors' Motion for Orders: (A)(I) Approving Bid Procedures in Connection Sale of Substantially All of the Debtors; Assets; (II) Scheduling Hearing to Consider Sale; (III) Approving Form and Manner of Notice Thereof; and (IV) Approving Break-Up Fee and Expense Reimbursement Provisions; (B)(I) Authorizing and Approving Sale Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Approving Assumption and Assignment of Executory Contracts; and (C) Granting Related Relief [Docket No. 36, 6/10/11]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Allen Family Foods Inc. (7949), Allen's Hatchery Inc. (8943), and JCR Enterprises Inc. (8322). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 126 N. Shipley Street, Seaford, DE 19973.

Response Deadlines:

    Bid Deadline:    July 20, 2011 at 12:00 noon (ET)

    Sale Motion Objections:    July 20, 2011 at 4:00 p.m. (ET) (extended to July 22, 2011 for the Official Committee of Unsecured Creditors)

    Assumption Objections:    July 20, 2011 at 4:00 p.m. (ET)

Responses Received:

A. Objection of NMHG Financial Services, Inc. d/b/a Hystger Capital to Cure Amounts Listed in Debtors Notice of Potential Assumption, Assignment and/or Transfer [Docket No. 117, 7/1/11]

B. Limited Objection and Reservation of Rights to Sale of Assets Possible Assumption and Assignment of Contracts (including Exhibit A, Docket No. 183) filed by the Peterson Trust and PHH Vehicle Management Services, LLC [Docket No. 182, 7/20/11]

C. Objection to the Debtors' Proposed Cure Amounts as Set Forth in the Debtors Supplemental Notice of Potential Assumption Assignment and/or Transfer filed by Alchemy Systems, L.P. [Docket No. 184, filed 7/20/11]

D. Limited Objection to Debtors' Notice of Potential Assumption, Assignment and/or Transfer filed by Charles C. Hudson, Myra T. Hudson [Docket No. 186, 7/20/11]

E. Limited Objection to the Debtors Motion for A)(I) Approving Bid Procedures in Connection Sale of Substantially All of the Debtors; Assets; (II) Scheduling Hearing to Consider Sale; (III) Approving Form and Manner of Notice Thereof; and (IV) Approving Break-Up Fee and Expense Reimbursement Provisions; (B)(I) Authorizing and Approving Sale Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Approving Assumption and Assignment of Executory Contracts; and (C) Granting Related Relief filed by MidAtlantic Farm Credit, ACA [Docket No. 188, 6/20/11]

F.  Joinder to Limited Objection of MidAtlantic Farm Credit, ACE to Debtors Motion for Orders: (A)(I) Approving Bid Procedures In Connection Sale of Substantially All of the Debtors; Assets; (II) Scheduling Hearing to Consider Sale; (III) Approving Form and Manner of Notice Thereof; and (Iv) Approving Break-Up Fee and Expense Reimbursement Provisions; (B)(I) Authorizing and Approving Sale Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Approving Assumption and Assignment of Executory Contracts; and (C) Granting Related Relief filed by Manufacturers and Traders Trust Company as successor by merger to Wilmington Trust Company [Docket No. 189, 7/20/11]

G.  Limited Objection to Debtors' Motion for Orders: (A)(I) Approving Bid Procedures In Connection Sale of Substantially All of the Debtors; Assets; (II) Scheduling Hearing to Consider Sale; (III) Approving Form and Manner of Notice Thereof; and (IV) Approving Break-Up Fee and Expense Reimbursement Provisions; (B)(I) Authorizing and Approving Sale Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Approving Assumption and Assignment of Executory Contracts; and (C) Granting Related Relief filed by Official Committee of Unsecured Creditors [Docket No. 196, 7/22/11]

Related Documents:

H.  Order: (I) Approving Bidding Procedures In Connection With Sale of Substantially All of the Debtors' Assets;(II)Scheduling Hearing to Consider Sale of Assets;(III) Approving Form and Manner of Notice Thereof;(IV) Approving Break-Up Fee and Expense Reimbursement Provisions; and (V) Granting Related Relief [Docket No. 83, 6/24/11]

I.  Notice of Auction and Hearing [Docket No. 103, 6/29/11]

J.  Notice of Potential Assumption, Assignment and/or Transfer [Docket No. 104, filed 6/29/11]

K.  Supplemental Notice of Potential Assumption, Assignment and/or Transfer [Docket No. 126, 7/5/11]

L.  Corrected Notice of Exclusion of Contracts from Potential Assumption, Assignment and/or Transfer [Docket No. 193, 7/21/11]

Status: This matter is going forward.

Dated: Wilmington, Delaware
June 25, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Andrew L. Magaziner (No. 5426)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtors and Debtors-in-Possession*