**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALLEN FAMILY FOODS, INC., *et al.*,[1] | ) | Case No. 11-11764 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF AUCTION RESULTS

**TO:** (A) COUNSEL TO THE COMMITTEE; (B) THE OFFICE OF THE UNITED STATES TRUSTEE; (C) COUNSEL TO THE DEBTORS' PREPETITION SECURED LENDERS; (D) COUNTERPARTIES TO THE ASSIGNED CONTRACTS; AND (E) THOSE PARTIES ENTITLED TO NOTICE PURSUANT TO BANKRUPTCY RULE 2002

On June 24, 2011, the United States Bankruptcy Court for the District of Delaware (the "Court") entered that certain *Order (I) Approving Bid Procedures in Connection with Sale of Substantially all of the Debtors' Assets; (II) Scheduling Hearing to Consider Sale of Assets; (III) Approving Form and Manner of Notice Thereof; (IV) Approving Break-Up Fee and Expense Reimbursement Provisions; and (V) Granting Related Relief* (the "Bid Procedures Order") [Docket No. 83].[2]

In compliance with the Bid Procedures Order, on July 25, 2011, the Debtors conducted an auction (the "Auction") with respect to the sale of the Available Assets. At the Auction, the Debtors determined that Harim USA, Ltd. ("Harim") presented the highest and best offer for the Available Assets.

The Debtors will seek approval of Harim's Successful Bid at the Sale Hearing scheduled in these cases for July 27, 2011 at 11:00 a.m. (ET).

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
July 26, 2011

*/s/ Andrew L. Magaziner*
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Andrew L. Magaziner (No. 5426)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
*Counsel for the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Allen Family Foods, Inc. (7949), Allen's Hatchery, Inc. (8943), and JCR Enterprises, Inc. (8322). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 126 N. Shipley Street, Seaford, DE 19973.

[2] Capitalized terms not defined herein shall have the meanings provided to them in the Bid Procedures Order.