**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALLEN FAMILY FOODS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-11764 (KJC)<br><br>(Jointly Administered)<br><br>Re: D.I. 220, 273 |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS, THE PRE-PETITION LENDERS, THE PURCHASER AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING THE SALE ORDER

Upon consideration of the Certification of Counsel Regarding Order Approving Stipulation By and Between Debtors, the Pre-Petition Lenders, the Purchaser and the Official Committee of Unsecured Creditors Regarding the Sale Order (the "Certification of Counsel"),[2] and the Stipulation By and Between Debtors, the Pre-Petition Lenders, the Purchaser and the Official Committee of Unsecured Creditors Regarding the Sale Order (the "Stipulation") attached hereto as **Exhibit 1**; and upon the record herein; and it appearing that the relief requested by the Certification of Counsel is in the best interest of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Allen Family Foods, Inc. (7949), Allen's Hatchery, Inc. (8943), and JCR Enterprises, Inc. (8322).

[2] Capitalized terms used, but not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

1

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation attached hereto is APPROVED.

2. The failure specifically to include any particular provision of the Stipulation in this Order shall not diminish or impair the effectiveness of such provisions, it being the intent of this Court to approve the Stipulation in its entirety.

3. This Court shall retain jurisdiction over all matters arising out of or related to the Stipulation and this Order.

Dated: Sept 13, 2011
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE